B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chesrown, Marshall** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1087** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12 SE 1st Ave., #201**<br>**Delray Beach, FL**<br>ZIP Code **33444** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."

■ Debts are primarily
  business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Chesrown, Marshall** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)               (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Chesrown, Marshall**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Marshall Chesrown**
Signature of Debtor **Marshall Chesrown**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**May 15, 2013**
Date

#### Signature of Attorney*

X **/s/ Bradley S. Shraiberg**
Signature of Attorney for Debtor(s)

**Bradley S. Shraiberg 121622**
Printed Name of Attorney for Debtor(s)

**Shraiberg, Ferrara, & Landau P.A.**
Firm Name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**

_____
Address

**Email: bshraiberg@sfl-pa.com**
**561 443 0800  Fax: 561 998 0047**
Telephone Number

**May 15, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Marshall Chesrown**

                Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                     Page 2

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Marshall Chesrown**
                                 **Marshall Chesrown**

Date:    **May 15, 2013**

Certificate Number: 03621-FLS-CC-020696574



03621-FLS-CC-020696574

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 9, 2013</u>, at <u>11:32</u> o'clock <u>AM EDT</u>, <u>Marshall Chesrown</u> received from <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of Florida</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>April 9, 2013</u>          By:     <u>/s/Mike Fannelle</u>

                                Name:   <u>Mike Fannelle</u>

                                Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Marshall Chesrown**                             ,     Case No. _____

Debtor

Chapter        **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 500,000.00 | | |
| B - Personal Property | Yes | 6 | 14,172.75 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 15,290,983.98 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 35.80 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 83 | | 56,614,153.18 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 13,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 24,131.50 |
| Total Number of Sheets of ALL Schedules | | 103 | | | |
| Total Assets | | | 514,172.75 | | |
| Total Liabilities | | | | 71,905,172.96 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Marshall Chesrown**

,

Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Marshall Chesrown**                                                    , Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real Property and Improvements located at 201 S. Legend Tree Drive, Liberty Lake, WA 99019 (known as the Liberty Lake Residence).**<br><br>**Tax Parcel No. 55222.1105**<br>**Lot 5 Block 11 Legacy Ridge PUD** | **Fee** | **H** | **500,000.00** | **1,161,720.00** |

| | | |
|---|---|---|
| Sub-Total > | **500,000.00** | (Total of this page) |
| Total > | **500,000.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Marshall Chesrown**                           ,    Case No. _____

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | H | 450.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of Texas, Checking Account No. ending 2963** **PO Box 29775, Dallas, Texas 75229** | H | 421.93 |
| | | | **Capital One Bank, Checking Account No. ending 8895** **3939 W. John Carpenter Frwy., Irving, Texas 75063** | H | 158.85 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Living Room Furnishings** **Couch - $300** **2 Chairs - $200** **1 TV - $200** **1 Mirror - $50** | H | 750.00 |
| | | | **Dining Room Furnishings** **Table - $200** **4 Chairs - $200** | H | 400.00 |
| | | | **Kitchen Furnishings** **1 set of Dishes -- $50** **1 set of Cookware -- $50** | H | 100.00 |
| | | | **Bedroom Furnishings: Master, Children, Guest** **2 Beds - $600** **Dresser - $100** **Chests - $100** **Desk - $100** **4 Lamps - $50** **TV - $100** | H | 1,050.00 |

Sub-Total >    **3,330.78**
(Total of this page)

  **5**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Marshall Chesrown**
_____,    Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Other furnishings: | H | 805.00 |
| | | 2 Computers - $400<br>1 Printer - $25<br>1 Television - $200<br>Vacuum Cleaner - $25<br>2 Irons - $5<br>iPad - $100<br>iPhone - $50<br>Other miscellaneous household goods and furnishings | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books and Pictures | H | 25.00 |
| 6. Wearing apparel. | | Clothing and footwear of no value to anyone other than Debtor, includes 6 suits, 8 sport coats, 20 pants, 35 shirts, 15 pairs of shoes, 10 coats/jackets | H | Unknown |
| 7. Furs and jewelry. | | Corum Watch, on person | H | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Camera - $25<br>Raquetball Equipment - $20 | H | 45.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | VanTuyl Group 401k Plan<br>Value of $9,466.97 (as of 11/23/12) | H | 9,466.97 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100 shares in Black Rock Development, Inc.  The Debtor estimates the value of same to be approximately -$10,302,688.00 | H | 0.00 |

Sub-Total >     **10,841.97**
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Marshall Chesrown**                                              ,          Case No. _____
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 4,000 shares in Black Rock Landscape, Inc. Value of $23,000 subject to security interests in favor of Mitchell Pierce in the amount of $1,561,628. | H | 0.00 |
| | | 800 shares in Boardwalk Homes Development, Inc. The Debtor estimates the value of same to be approximately -$980,000. | H | 0.00 |
| | | 500 shares in Legacy Ridge Development, Inc.  The Debtor estimates the value of same to be approximately -$42,981.00. | H | 0.00 |
| | | 800 shares in River House Development, Inc.  The Debtor estimates the value of same to be approximately -$5,798,405 | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Bear Stearns Private Equity Opportunity Fund II, LP - 9/30/12 Value of $90,854 subject to security interests in favor of Kevin Westfall in the amount of $865,000. | H | 0.00 |
| | | 1% interest in Black Rock Properties, LLC | H | 0.00 |
| | | 80% interest in Bellerive Investments, LLC Estimated value of land of $5,000,000 subject to security interests in favor of Wells Fargo in excess of $9,000,000. | H | 0.00 |
| | | 100% interest in CAG Investments, LLC Value of property estimated at $2,640,000 subject to security interests in favor of Washington Trust Bank in the amount of $5,600,000, a judgment to Idaho Independent Bank in the amount of $9,767,000 and debts to Lori Chesrown in the amount of $1,000,000. | H | 0.00 |
| | | 50% interest in Cougar Bay Ridge Water, LLC Value of $105,955 subject to security interests in favor of Kevin Westfall in the amount of $865,000. | H | 0.00 |
| | | 40% interest in Knox Road Land, LLC.  The Debtor estimates the value of same to be approximately -$150,647.00. | H | 0.00 |
| | | 33% interest in NW Boulevard Investments, LLC Value of $524,196 subject to security interests in favor of Washington Trust Bank in the amount of $5,600,000.00. | H | 0.00 |

Sub-Total >          0.00
(Total of this page)

Sheet  __2__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Marshall Chesrown**                                                    ,        Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **80% interest in RE Investments, LLC Value of $308,000 subject to security interests in favor of Washington Trust Bank in the amount of $5,600,000.** | H | 0.00 |
| | | **100% interest in Rockford Bay Investments, LLC. The Debtor estimates the value of same to be approximately -$5,873,633.00.** | H | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Pacific Life Policy No. VF51657190 PO Box 100418 Pasadena, California 991189-0418 -- In Marshall R. Chesrown Irrevocable Trust dated September 18, 2008. The trustee is John R. Layman, 601 S. Division, Spokane, Washington 99202** | H | 0.00 |
| | | **State Farm $100,000 Whole Life Policy - Debtor believes there is approximately $35,000 of dividends that would be paid out if cashed out or added into the death benefit. The cash surrender value is approximately $35,000. - In Irrevocable Life Trust above PO Box 53983 Phoenix, Arizona 85072 LF05858867** | H | 0.00 |

Sub-Total >            0.00
(Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Marshall Chesrown**                                                  ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Liberty Lake, LLC - Spokane case no. #10-2-02456-0 is Liberty Lake, LLC v. Black Rock Development, Inc. and Marshall Chesrown (with counterclaim) Black Rock Development and Marshall Chesrown v. Robert Samuel (for informational purposes only) | H | Unknown |
| | | CAG Investments, LLC v. Samuel & Company and Liberty Lake, LLC - Spokane #12-2-00958-3 (for notice purposes only as Debtor is not a named party) | H | Unknown |
| | | North Gorge Consulting Agreement | H | Unknown |
| | | Black Rock Ranch, LLC v. Whisper Rock Ranch (dba Rome Hill Ranch) Kootenai County #CV-11-6830 (for notice purposes only as Debtor is not a named party) | H | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Sub-Total >                    0.00
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Marshall Chesrown**                                    ,       Case No.

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | | **Domestic Pets - three dogs of no value to anyone other than Debtor** | **H** | **Unknown** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >       **0.00**
(Total of this page)

Total >       **14,172.75**

Sheet  **5**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re __**Marshall Chesrown**_____ ,  Case No. _____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☐ 11 U.S.C. §522(b)(2)  
☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds  
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | **Fla. Const. art. X, § 4(a)(2)** | **450.00** | **450.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of Texas, Checking Account No. ending 2963** | **Fla. Const. art. X, § 4(a)(2)** | **421.93** | **421.93** |
| **PO Box 29775, Dallas, Texas 75229** | | | |
| **Capital One Bank, Checking Account No. ending 8895** | **Fla. Stat. Ann. § 222.25(4)** | **158.85** | **158.85** |
| **3939 W. John Carpenter Frwy., Irving, Texas 75063** | | | |
| **Household Goods and Furnishings** | | | |
| **Living Room Furnishings** | **Fla. Stat. Ann. § 222.25(4)** | **100%** | **750.00** |
| **Couch - $300** | | | |
| **2 Chairs - $200** | | | |
| **1 TV - $200** | | | |
| **1 Mirror - $50** | | | |
| **Dining Room Furnishings** | **Fla. Stat. Ann. § 222.25(4)** | **100%** | **400.00** |
| **Table - $200** | | | |
| **4 Chairs - $200** | | | |
| **Kitchen Furnishings** | **Fla. Stat. Ann. § 222.25(4)** | **100%** | **100.00** |
| **1 set of Dishes -- $50** | | | |
| **1 set of Cookware -- $50** | | | |
| **Bedroom Furnishings: Master, Children, Guest** | **Fla. Stat. Ann. § 222.25(4)** | **100%** | **1,050.00** |
| **2 Beds - $600** | | | |
| **Dresser - $100** | | | |
| **Chests - $100** | | | |
| **Desk - $100** | | | |
| **4 Lamps - $50** | | | |
| **TV - $100** | | | |
| **Other furnishings:** | **Fla. Stat. Ann. § 222.25(4)** | **100%** | **805.00** |
| **2 Computers - $400** | | | |
| **1 Printer - $25** | | | |
| **1 Television - $200** | | | |
| **Vacuum Cleaner - $25** | | | |
| **2 Irons - $5** | | | |
| **iPad - $100** | | | |
| **iPhone - $50** | | | |
| **Other miscellaneous household goods and furnishings** | | | |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Marshall Chesrown**                                                                          ,        Case No. _____
                                                         Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books and Pictures | Fla. Stat. Ann. § 222.25(4) | 100% | 25.00 |
| | | | |
| **Wearing Apparel** | | | |
| Clothing and footwear of no value to anyone other than Debtor, includes 6 suits, 8 sport coats, 20 pants, 35 shirts, 15 pairs of shoes, 10 coats/jackets | Fla. Stat. Ann. § 222.25(4) | 100% | Unknown |
| | | | |
| **Furs and Jewelry** | | | |
| Corum Watch, on person | Fla. Stat. Ann. § 222.25(4) | 100% | 500.00 |
| | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Camera - $25 Raquetball Equipment - $20 | Fla. Stat. Ann. § 222.25(4) | 100% | 45.00 |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| VanTuyl Group 401k Plan Value of $9,466.97 (as of 11/23/12) | Fla. Stat. Ann. § 222.21(2) | 100% | 9,466.97 |
| | | | |
| **Contingent and Non-contingent Interests in Estate of a Decedent** | | | |
| Pacific Life Policy No. VF51657190 PO Box 100418 Pasadena, California 991189-0418 -- In Marshall R. Chesrown Irrevocable Trust dated September 18, 2008.  The trustee is John R. Layman, 601 S. Division, Spokane, Washington 99202 | Fla. Const. art. X, § 4(a)(2) | 100% | 0.00 |
| | | | |
| State Farm $100,000 Whole Life Policy - Debtor believes there is approximately $35,000 of dividends that would be paid out if cashed out or added into the death benefit.  The cash surrender value is approximately $35,000. - In Irrevocable Life Trust above PO Box 53983 Phoenix, Arizona 85072 LF05858867 | Fla. Const. art. X, § 4(a)(2) | 100% | 0.00 |
| | | | |
| **Animals** | | | |
| Domestic Pets - three dogs of no value to anyone other than Debtor | Fla. Stat. Ann. § 222.25(4) | 100% | Unknown |

|  | Total: | 14,172.75 | 14,172.75 |
|---|---|---|---|

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Marshall Chesrown**                              ,  Case No. _____
　　　　　　　　　　　　　Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1191610 and 1191814**<br><br>**Idaho Independent Bank**<br>**1260 W. Riverstone Drive**<br>**Coeur D Alene, ID 83814** | X | J | 4/28/07 and 5/2/09, respectively<br>Working LOC<br>Charging Order against Debtor's transferable interest: BRMC Properties, BRN Investments, Black Rock Properties, MDC Aviation, River Front Properties, Seltice Medical Investments, Bellerive Investments, Black Rock | X | X | X | | |
| | | | Value $　**Unknown** | | | | 9,766,943.85 | **Unknown** |
| Account No.<br><br>**Levon and Zarouhi Gugasian**<br>**c/o Jacob Gonzales, Esq.**<br>**Waldron & Bragg, LLP**<br>**23 Corporate Plaza, Suite 200**<br>**Newport Beach, CA 92660-7901** | X | J | 7/13/2010<br>Judgment<br>Charging Order against Debtor's interest in Bellerive Investments, RE Investments, Rockford Bay Investments, CAG Investments, CAG Investments, Cougar Bay Ridge Water, NW Blvd Investments, Blak Roch Ranch, Black | X | X | X | | |
| | | | Value $　**0.00** | | | | 1,615,692.13 | 1,615,692.13 |
| Account No.<br><br>**Mitchell Pierce**<br>**12019 S. Honah Lee Court**<br>**Phoenix, AZ 85044** | | J | 7/16/2008<br><br>4,000 shares in Black Rock Landscape, Inc. Value of $23,000 subject to security interests in favor of Mitchell Pierce in the amount of $1,561,628. | | | | | |
| | | | Value $　**0.00** | | | | 1,561,628.00 | 1,561,628.00 |
| Account No. **50023224**<br><br>**Washington Trust Bank**<br>**PO Box 2127**<br>**Spokane, WA 99210** | | H | 8/1/09<br>Deed of Trust on the Liberty Lake Residence<br>Real Property and Improvements located at 201 S. Legend Tree Drive, Liberty Lake, WA 99019 (known as the Liberty Lake Residence).<br>Tax Parcel No. 55222.1105 | | | | | |
| | | | Value $　**500,000.00** | | | | 881,720.00 | 381,720.00 |

　**1**　continuation sheets attached

Subtotal
(Total of this page)　　13,825,983.98　　3,559,040.13

B6D (Official Form 6D) (12/07) - Cont.

In re  **Marshall Chesrown** _____,    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. **318936-88574** <br><br> **Washington Trust Bank** <br> **PO Box 2127** <br> **Spokane, WA 99210** | | H | | | **8/16/10 Note, Commercial Pledge Agreement, Commercial Security Agreement & Collateral Pledge Agreement for 800 Shares River Edge Devt, Inc. All Membership Interest in CAG Investments, LLC 100%; NW Blvd. Investments, LLC 33%; River Front** | | | | | |
| | | | | | Value $            **524,000.00** | | | | **600,000.00** | **76,000.00** |
| Account No. <br><br> **Westfall, Kevin** <br> **8 South Gordon Road** <br> **Fort Lauderdale, FL 33301** | | H | | | **5/5/09 Note and 2nd Deed of Trust on the Liberty Lake Residence Real Property and Improvements located at 201 S. Legend Tree Drive, Liberty Lake, WA 99019 (known as the Liberty Lake Residence). Tax Parcel No. 55222.1105** | | | | | |
| | | | | | Value $            **500,000.00** | | | | **280,000.00** | **280,000.00** |
| Account No. <br><br> **Westfall, Kevin** <br> **8 South Gordon Road** <br> **Fort Lauderdale, FL 33301** | X | | J | | **8/15/10 Note Debtor's Interest in Cougar Bay Ridge Water, LLC, UCC-1 filing in the state of Texas and interest in Bear Stearns Equity Fund** | X | X | X | | |
| | | | | | Value $            **0.00** | | | | **585,000.00** | **585,000.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | | | Subtotal <br> (Total of this page) | | | | **1,465,000.00** | **941,000.00** |
| | | | | | Total <br> (Report on Summary of Schedules) | | | | **15,290,983.98** | **4,500,040.13** |

B6E (Official Form 6E) (4/13)

.

In re  **Marshall Chesrown**                                                    , Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**2**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Marshall Chesrown**                                                                    ,          Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **FL Dept of Revenue** 5050 W. Tennessee Street Tallahassee, FL 32399 | - | | | | | | Unknown | Unknown / Unknown |
| Account No. **Idaho State Tax Commission** PO Box 36 Boise, ID 83722-0410 | - | | For Notice Purposes Only | | | | Unknown | Unknown / 0.00 |
| Account No. **Internal Revenue Service** Attn: Special Procedures P.O. Box 34045 Stop 572 Jacksonville, FL 32202 | - | | | | | | Unknown | Unknown / Unknown |
| Account No. **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19114 | - | | | | | | Unknown | Unknown / Unknown |
| Account No. **Orange County Transit Authority** c/o Linenbarger Goggan Blair & Sampson 1515 Cleveland Place, Suite 300 Denver, CO 80202 | - | | | | | | 35.80 | 0.00 / 35.80 |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 35.80 | 0.00 / 35.80 |
|---|---|---|---|

B6E (Official Form 6E) (4/13) - Cont.

In re     **Marshall Chesrown**                                                   ,          Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| SEC Headquarters 100 F Street, NE Washington, DC 20549 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| Securities and Exchange Commission 801 Brickell Ave., Suite 1800 Miami, FL 33131 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| United States Attorney General's Office US Department of Justice 950 Pennsylvania Avenue Washington, DC 20530-0001 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| US Attorney Southern District of Florida 500 East Broward Boulevard Fort Lauderdale, FL 33394 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 / 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 / 35.80 | 35.80 |

B6F (Official Form 6F) (12/07)

In re  **Marshall Chesrown**                                              ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 10/10/06 | | | | |
| **734 Wise County Partners c/o Rick A. Gray, Jr. 1900 Cedar Springs Road Dallas, TX 75201** | - | | **Notice Purposes Only** | X | X | X | **Unknown** |
| Account No. | | | 12/10/2008 | | | | |
| **A to Z Rentals 10903 E. Sprague Avenue Spokane, WA 99206** | - | | **Notice Purposes Only -- Creditor of Legacy Ridge Development, Inc.** | X | X | X | **880.96** |
| Account No. | | | 2008-2009 | | | | |
| **Abbotswood Design Group, Inc. PO Box 3267 Coeur D Alene, ID 83816** | | | **Notice Purposes Only -- Creditor of BRN Development, Inc. and Black Rock Development, Inc.** | X | X | X | **3,244.42** |
| Account No. | | | 11/2008 | | | | |
| **Ace Hardware - PF & Hayden PO box 1478 Post Falls, ID 83854** | - | | **Notice Purposes Only -- Creditor of BRN Development, Inc.** | X | X | X | **871.17** |
| __82__  continuation sheets attached | | | Subtotal (Total of this page) | | | | **4,996.55** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                                , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>ACI Northwest, Inc.<br>6600 North Government Way<br>Coeur D Alene, ID 83814 | - | | | 3/2006 - 12/2009<br>**Notice Purposes Only -- Creditor of BRN Development, Inc., Kendall Yards Development, Inc., Black Rock Development, Inc. and Legacy Ridge Development, Inc.** | X | X | X | 1,451,066.97 |
| Account No.<br><br>Adam Deadmarsh<br>519 Backcountry Lane<br>Highlands Ranch, CO 80126 | - | | | 8/5/03, 7/21/04<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>Adam Springel<br>2475 Village View Dr.<br>Sutie 250<br>Henderson, NV 89074 | - | | | 8/5/05<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>Affordable Tree Service, LLC<br>South 793 Rainbow Road<br>Coeur D Alene, ID 83814 | - | | | 11/10/2008<br>**Notice Purposes Only -- Creditor of BRN Development, Inc.** | X | X | X | 270.00 |
| Account No.<br><br>Allan Roy<br>4308 S Conklin Road<br>Greenacres, WA 99016 | - | | | 10/30/03<br>**Notice Purposes Only** | X | X | X | Unknown |

Sheet no. __1__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,451,336.97**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown**                                              ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 5/21/02 Notice Purposes Only | | | | |
| **Allan Youngberg 7725 Briza Placida San Diego, CA 92127** | - | | | | X | X | X | Unknown |
| Account No. | | | | 12/2008 - 4/2009 Notice Purposes Only -- Creditor of BRN Development, Inc. | | | | |
| **American Bank PO Box 1970 Bozeman, MT 59771-1970** | - | | | | X | X | X | 249,477.51 |
| Account No. | | | | 11/5/2008 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | | | | |
| **American Ranch Designs 150 Willow Creek Drive, #104 Weatherford, TX 76086** | - | | | | X | X | X | 79.99 |
| Account No. | | | | 10/7/03 Notice Purposes Only | | | | |
| **Andrew Goulder 40415 N 112th Way Scottsdale, AZ 85262** | - | | | | X | X | X | Unknown |
| Account No. | | | | 8/30/04 Notice Purposes Only | | | | |
| **Anthony Merritt 5301 S. Superstition Mtn Dr. Suite 104 PMB 477 Gold Canyon, AZ 85218** | - | | | | X | X | X | Unknown |

| | | |
|---|---|---|
| Sheet no. __2___ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 249,557.50 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall Chesrown**                                    ,            Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 11/10/2008, 12/10/2008 Notice Purposes Only -- Creditor of BRN Development, Inc. | | | | |
| **Arrow Construction Supply Inc.** PO Box 1113 Spokane, WA 99211-1133 | - | | | | | X | X | X | 24,068.82 |
| Account No. | | | | | 9/3/03 Notice Purposes Only | | | | |
| **Arthur E. Gordon III** 19175 Palm Vista Yorba Linda, CA 92886 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | 7/17/02, 8/27/03 Notice Purposes Only | | | | |
| **Arthur E. Gordon Jr.** 3600 W Shoreview Lane Coeur D Alene, ID 83814 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | 6/8/2010 Notice Purposes Only -- Creditor of Black Rock Ranch, LLC | | | | |
| **Atlas Coeur d' Alene Fiber Fuels** 16620 West Prairie Ave Post Falls, ID 83854 | - | | | | | X | X | X | 1,700.00 |
| Account No. | | | | | 11/12/2008 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | | | | |
| **Avcard** PO Box 79682 Baltimore, MD 21279-0682 | - | | | | | X | X | X | 2,154.19 |

Sheet no. __3__ of __82__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)    27,923.01

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown** _____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Avista Utilities**<br>**MSC-57**<br>**PO Box 3727**<br>**Spokane, WA 99220-3727** | - | | | Notice Purposes Only -- Creditor of Kendall Yards Development, Inc. and potential creditor of Boardwalk Homes Development, Inc. | X | X | X | 396,763.20 |
| Account No.<br><br>**Bailey Saetveit**<br>**7951 East Maplewood Avenue**<br>**Suite 327**<br>**Englewood, CO 80111** | - | | | 4/20/2011, 4/22/2010, 11/30/2010 | X | X | X | 41,275.00 |
| Account No.<br><br>**Bank of Whitman**<br>**PO Box 270**<br>**201 S. Main Street**<br>**Colfax, WA 99111** | - | | | Notice Purposes Only | X | X | X | Unknown |
| Account No.<br><br>**Barry Moore**<br>**4211 Lorraine Ave**<br>**Dallas, TX 75205** | - | | | 6/22/04<br>Notice Purposes Only | X | X | X | Unknown |
| Account No.<br><br>**Black Rock HOA**<br>**c/o Association Services, Inc.**<br>**1250 Ironwood Drive, Ste 330**<br>**Coeur D Alene, ID 83814** | - | | | 1/1/2012, 4/1/2012, 4/23/2013 | | | | 5,685.84 |

Sheet no. __4__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   443,724.04

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown** , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Bob Riggs<br>12775 N 71st Ave<br>Peoria, AZ 85381 | | - | 3/18/05<br>Notice Purposes Only | X | X | X | Unknown |
| Account No.<br><br>Brad Adams<br>107 S. La Senda<br>Laguna Beach, CA 92651 | | - | 10/5/06<br>Notice Purposes Only | X | X | X | Unknown |
| Account No.<br><br>Brad Graves<br>2091 Kerr Gulch Road<br>Evergreen, CO 80439 | | - | 10/20/2008<br>Notice Purposes Only -- Creditor of Black Rock Development, Inc. | X | X | X | 756.00 |
| Account No.<br><br>Brad Mason<br>6284 Strada Fragante<br>Rancho Santa Fe, CA 92091 | | - | 6/11/04<br>Notice Purposes Only | X | X | X | Unknown |
| Account No.<br><br>Brendan Riccobene<br>10673 E Wingspan Way<br>Scottsdale, AZ 85255 | | - | 6/27/08<br>Notice Purposes Only | X | X | X | Unknown |

Sheet no. __5___ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

756.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown**                                                      ,       Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 9/25/03 Notice Purposes Only | | | | |
| Brian Hubbel 1701 E Westminster Spokane, WA 99223 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 7/1/04 Notice Purposes Only | | | | |
| Brian O'Toole 1324 N Liberty Lake Blvd. #232 Liberty Lake, WA 99019 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 10/24/07 Notice Purposes Only | | | | |
| Bruce Becker 2605 South Decatur Blvd. Suite 218 Las Vegas, NV 89102 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 11/15/02 Notice Purposes Only | | | | |
| Bruce Vail 40th Street Trucking LLC P.O. Box 62345 Phoenix, AZ 85082 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 6/26/02 Notice Purposes Only | | | | |
| Bud Dock & Ann Nugent 6917 Corte Spagna Rancho Santa Fe, CA 92091 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __6__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                      ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 9/28/04 Notice Purposes Only | | | | |
| Bud Stanley 27795 North 100th Way Scottsdale, AZ 85262 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 7/1/08 Notice Purposes Only | | | | |
| C. Wayne Riggs Riggs Companies 7537 W. Mountain View Rd Peoria, AZ 85345 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 7/10/2009 Notice Purposes Only -- Creditor of BRN Development, Inc. | | | | |
| Camtek, Inc. PO Box 6520 Spokane, WA 99217 | - | | | | X | X | X | |
| | | | | | | | | 3,830.87 |
| Account No. | | | | 6/21/07 Notice Purposes Only | | | | |
| Caren McCutcheon Furbeyre 2021 S. Abrams Ct. Spokane, WA 99203 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 1/8/08 Notice Purposes Only | | | | |
| Carl B. Grether 1232 Vista Del Cima Camarillo, CA 93010 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __7__ of __82__ sheets attached to Schedule of                                    Subtotal                       | 3,830.87
Creditors Holding Unsecured Nonpriority Claims                                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown**                                            ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 8/1/02 Notice Purposes Only | | | | |
| Carol Lindsay 15041 S 19th Way Phoenix, AZ 85048 | - | | | X | X | X | Unknown |
| Account No. | | | 11/10/2008, 3/2/2009, 6/10/2009 Notice Purposes Only -- Creditor of BRN Development, Inc. | | | | |
| Centra Consulting, Inc. 413 W. Idaho, Suite 302 Boise, ID 83702 | - | | | X | X | X | 6,760.38 |
| Account No. | | | 8/9/02 Notice Purposes Only | | | | |
| Charles Dunn P.O. Box 2056 6658 Las Colinas Rancho Santa Fe, CA 92067 | - | | | X | X | X | Unknown |
| Account No. | | | 11/5/2008, 12/10/2008 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | | | | |
| Charles Eisen & Associates 595 South Broadway 103 W Denver, CO 80209 | - | | | X | X | X | 2,153.92 |
| Account No. | | | 7/22/02 Notice Purposes Only | | | | |
| Charles Vester 1715 S Sierra Vista Tempe, AZ 85281 | - | | | X | X | X | Unknown |

Sheet no. __8__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,914.30

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall Chesrown**                                              ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 10/11/06 Notice Purposes Only | | | | |
| Christain Young P.O. Box 569 Rumson, NJ 07760 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | 9/26/08 Notice Purposes Only | | | | |
| Chuck Blackmon & Susan Kauffman 10639 E. Mark Lane Scottsdale, AZ 85262 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | 8/10/2007, 11/30/2001 Notice Purposes Only - Creditor of Boardwalk Homes Development, Inc. | | | | |
| Clearwater Summit Group PO Box 6470 Spokane, WA 99217 | | | | X | X | X | |
| | | | | | | | 1,983.18 |
| Account No. | | | 8/4/04 Notice Purposes Only | | | | |
| Clifford Findlay 310 N Gibson Road Henderson, NV 89014 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | 11/15/04 Notice Purposes Only | | | | |
| Clifford Findlay 310 N Gibson Road Henderson, NV 89014 | - | | | X | X | X | |
| | | | | | | | Unknown |

Sheet no. __9__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,983.18

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                     ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 9/11/03 Notice Purposes Only | | | | |
| Clifford Herbstman 10922 East Salero Drive Scottsdale, AZ 85262 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 5/27/04 Notice Purposes Only | | | | |
| Clifton Cooke 18669 Via Catania Rancho Santa Fe, CA 92091 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 9/7/04 Notice Purposes Only | | | | |
| Clifton Cooke 18669 Via Catania Rancho Santa Fe, CA 92091 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 10/4/02 Notice Purposes Only | | | | |
| Clinton Johnson 3340 - 259th Place SE Sammamish, WA 98075 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 11/5/2008 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | | | | |
| Cloud Nine Comforts 6100 4th Avenue South, #587 Seattle, WA 98108 | - | | | | X | X | X | |
| | | | | | | | | 549.00 |

Sheet no. **10** of **82** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

549.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                          ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | 7/1/2010 Notice Purposes Only -- Creditor of Black Rock Ranch, LLC | | | | |
| **CNH Capital PO Box 3900 Lancaster, PA 17604** | - | | | | | X | X | X | |
| | | | | | | | | | 1,653.60 |
| Account No. | | | | | 11/26/04 Notice Purposes Only | | | | |
| **Craig & Lorna Ball 73-397 Grapevine Street Palm Desert, CA 92260** | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 3/16/05 Notice Purposes Only | | | | |
| **Craig Fallon 10131 NE 66th Lane Kirkland, WA 98033** | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 7/12/04 Notice Purposes Only | | | | |
| **Creative Endeavors c/o James Edwards 1791 S Stach Road Coeur D Alene, ID 83814** | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 11/2008 - 12/2008 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | | | | |
| **Crow's Feet PO Box 602 Saint Maries, ID 83861** | - | | | | | X | X | X | |
| | | | | | | | | | 2,839.51 |

Sheet no. __11__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,493.11

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown** ,                          Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 7/1/2010 | | | | |
| Cryomist Equine Therapy PO Box 55804 Houston, TX 77255-5804 | - | | Notice Purposes Only -- Creditor of Black Rock Ranch, LLC | X | X | X | 225.00 |
| Account No. | | | 6/27/08 | | | | |
| Danny Nelson 8753 E. Bell Road Suite 110 Scottsdale, AZ 85260 | - | | Notice Purposes Only | X | X | X | Unknown |
| Account No. | | | 8/25/05 | | | | |
| Darrel W. Wright 78-100 Masters Circle La Quinta, CA 92253 | - | | Notice Purposes Only | X | X | X | Unknown |
| Account No. | | | 8/5/02 | | | | |
| Daryl Wolfswinkel 18029 S Restful Way Coeur D Alene, ID 83814 | - | | Notice Purposes Only | X | X | X | Unknown |
| Account No. | | | 8/11/09 | | | | |
| Dave Martin 6614 W. Iroquois Drive Spokane, WA 99208 | - | | Notice Purposes Only | X | X | X | Unknown |

Sheet no. __12__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           225.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                           ,          Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 7/17/02 | | | | |
| David Chapman Chapman Financial Services P.O. Box 7100 Coeur D Alene, ID 83816 | - | | Notice Purposes Only | X | X | X | Unknown |
| Account No. | | | 1/9/07 | | | | |
| David Coombs S 6404 Auer St Spokane, WA 99223 | - | | Notice Purposes Only | X | X | X | Unknown |
| Account No. | | | 1/6/03 | | | | |
| David Cox 13619 N. Woodside Drive Fountain Hills, AZ 85268 | - | | Notice Purposes Only | X | X | X | Unknown |
| Account No. | | | 10/3/03 | | | | |
| David Gannon 8700 Sherwood Bluff Eden Prairie, MN 55347 | - | | Notice Purposes Only | X | X | X | Unknown |
| Account No. | | | 6/25/02 | | | | |
| David Hahn 400 Tenth Street Coronado, CA 92118 | - | | Notice Purposes Only | X | X | X | Unknown |

Sheet no. __**13**__ of __**82**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown** ,                          Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>David Klaue<br>Empire Lumber Co.<br>c/o David Klaue<br>14 E Main Ave<br>Spokane, WA 99202 | - | | 9/1/06<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>David Kuo & Bess Chang<br>11777 Oakland Hills Drive<br>Las Vegas, NV 89141 | - | | 8/8/06<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>David Parker<br>E2 Financial Distributors<br>2505 Anthem Village Drive<br>Suite E #486<br>Henderson, NV 89052 | - | | 9/3/02<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>David Phifer<br>9007 300th Street NW<br>Stanwood, WA 98292 | - | | 3/3/10<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>DCI Engineers<br>601 W. Riverside, #660<br>Spokane, WA 99201 | - | | 12/31/2009<br>**Notice Purposes Only -- Creditor of Legacy Ridge Development, Inc.** | X | X | X | 500.00 |

Sheet no. __14__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

500.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 6/30/2010 Notice Purposes Only -- Creditor of Black Rock Ranch, LLC | | | | |
| DCPAH 4125 Beaumont Road Lansing, MI 48910 | - | | | | X | X | X | |
| | | | | | | | | 617.36 |
| Account No. | | | | 8/20/04 Notice Purposes Only | | | | |
| Delbert Lewis 5400 E Valle Vista Road Phoenix, AZ 85018 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 6/26/02 Notice Purposes Only | | | | |
| Denise DelRossi 5423 Grand Park Place Boca Raton, FL 33486 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 1/1/03 Notice Purposes Only | | | | |
| Denny Ryerson 7250 N 16th St #410 Phoenix, AZ 85020 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 8/10/2009 Notice Purposes Only -- Creditor of BRN Development, Inc. | | | | |
| Design Workshop, Inc. 1390 Lawrence Street, Suite 200 Denver, CO 80204 | - | | | | X | X | X | |
| | | | | | | | | 450.00 |

Sheet no. **15** of **82** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 1,067.36 |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall Chesrown**                                                ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 9/10/2008 | | | | |
| Divcon, Inc. 12609 E. Pinecroft Way Spokane, WA 99216 | - | | Notice Purposes Only -- Creditor of BRN Development, Inc. | X | X | X | |
| | | | | | | | 50,614.00 |
| Account No. | | | 6/26/02 | | | | |
| Donald Bechen Royal Oaks Investments Ltd. 800 NE Parkway Dr. Suite 100 Vancouver, WA 98662 | - | | Notice Purposes Only | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | 7/13/06 | | | | |
| Douglas Chadderdon 204 N. Lake View Drive Coeur D Alene, ID 83814 | - | | Notice Purposes Only | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | 9/3/03 | | | | |
| Douglas Harper 785 Canyon Park Ave. Twin Falls, ID 83301 | - | | Notice Purposes Only | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | 5/31/02 | | | | |
| Douglas McKnight 5828 Onyx Circle Coeur D Alene, ID 83814 | - | | Notice Purposes Only | X | X | X | |
| | | | | | | | Unknown |

Sheet no. **16** of **82** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 50,614.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                              ,          Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 1/19/05 Notice Purposes Only | | | | |
| Douglas Pfrimmer P.O. Box 171 Forest, MS 39074 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 9/27/06 Notice Purposes Only | | | | |
| Douglas R. Stewart W. 711 Shoshone Place Spokane, WA 99203 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 7/31/06 Notice Purposes Only | | | | |
| Dr. Bret Dirks 2410 E. Summit Drive Coeur D Alene, ID 83815 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 4/7/03 Notice Purposes Only | | | | |
| Dr. Charles Fritch 12200 Snow Road Bakersfield, CA 93314 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 8/9/02 Notice Purposes Only | | | | |
| Dr. David King 413 Sunlight Way Canon City, CO 81212 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __17__ of __82__ sheets attached to Schedule of                                    Subtotal                        0.00
Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                                  ,        Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 7/17/02 Notice Purposes Only | | | | |
| Dr. David Russell 5574 Onyx Circle Coeur D Alene, ID 83814 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 6/26/02 Notice Purposes Only | | | | |
| Dr. Edward Wall 60 Zand Lane Alamo, CA 94507 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 1/12/04 Notice Purposes Only | | | | |
| Dr. Gary F. Simpson 2264 N 39th Circle Mesa, AZ 85215 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 8/8/06 Notice Purposes Only | | | | |
| Dr. Geoffrey Glovsky 15317 E. Firerock Country Club Fountain Hills, AZ 85268 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 5/22/03 Notice Purposes Only | | | | |
| Dr. Jack Mannix San Juan Animal Hospital 32391 San Juan Creek Road San Juan Capistrano, CA 92675 | | - | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __18__ of __82__ sheets attached to Schedule of                                              Subtotal                              0.00
Creditors Holding Unsecured Nonpriority Claims                                                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall Chesrown**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dr. Jeffrey Larson**<br>**3766 W Shoreview Ln**<br>**Coeur D Alene, ID 83814** | | - | | **8/13/04, 4/6/05, 8/13/04**<br>**Notice Purposes Only** | X | X | X | **Unknown** |
| Account No.<br><br>**Dr. Jeffrey McDonald**<br>**4320 E. Burchell Dr.**<br>**Hayden Lake, ID 83835** | | - | | **6/23/08**<br>**Notice Purposes Only** | X | X | X | **Unknown** |
| Account No.<br><br>**Dr. John Thomas**<br>**22274 E. Bennett Lane**<br>**Liberty Lake, WA 99019** | | - | | **7/7/04**<br>**Notice Purposes Only** | X | X | X | **Unknown** |
| Account No.<br><br>**Dr. Kevin Mueller**<br>**25917 N. 49th Lane**<br>**Phoenix, AZ 85083** | | - | | **10/15/02**<br>**Notice Purposes Only** | X | X | X | **Unknown** |
| Account No.<br><br>**Dr. Mark Kontos**<br>**2516 Summit Drive**<br>**Coeur D Alene, ID 83815** | | - | | **1/20/06**<br>**Notice Purposes Only** | X | X | X | **Unknown** |

Sheet no. __19__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                    ,          Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  **Dr. Martin Feldman 22325 N. 97th St. Scottsdale, AZ 85255** | | - | | | 9/26/08 Notice Purposes Only | X | X | X | Unknown |
| Account No.  **Dr. Peter C. Farrell 7220 Romero Drive La Jolla, CA 92037** | | - | | | 8/23/06 Notice Purposes Only | X | X | X | Unknown |
| Account No.  **Dr. Peter C. Farrell 7220 Romero Drive La Jolla, CA 92037** | | - | | | 8/25/06 Notice Purposes Only | X | X | X | Unknown |
| Account No.  **Dr. R. Merrel Olesen 6310 W Onyx Circle Coeur D Alene, ID 83814** | | - | | | 6/25/02 Notice Purposes Only | X | X | X | Unknown |
| Account No.  **Dr. Ralph Berg 5112 S St. Andrews Lane Spokane, WA 99223** | | - | | | 6/25/02, 11/12/03, 7/5/06 Notice Purposes Only | X | X | X | Unknown |

Sheet no. __20__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown**                                    ,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 11/6/02 Notice Purposes Only | | | | |
| Dr. Reed Day & Ms. Cheri Brady 53 N Country Club Drive Phoenix, AZ 85014 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 8/22/02 Notice Purposes Only | | | | |
| Dr. Richard Schatz 4551 Rancho Del Mar Trail San Diego, CA 92130 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 7/31/03 Notice Purposes Only | | | | |
| Dr. Robert Averill P.O. Box 2467 Rancho Santa Fe, CA 92067 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 7/23/02 Notice Purposes Only | | | | |
| Dr. Robert Henderson 3945 Old Toll Road Altadena, CA 91001 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 1/24/03 Notice Purposes Only | | | | |
| Dr. Robert Mahanti 1265 E Appalachian Drive Flagstaff, AZ 86004 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |

Sheet no. __21__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Marshall Chesrown**                                                  ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2/3/04 Notice Purposes Only | | | | |
| Dr. Thomas Mattern 12618 S 38th Street Phoenix, AZ 85044 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | 7/26/02 Notice Purposes Only | | | | |
| Dr. William Kim 449 Calle De Aragon Redondo Beach, CA 90277 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | 7/31/02 Notice Purposes Only | | | | |
| Drs. Jeffrey & Leanne Ager 4712 E 40th Court Spokane, WA 99223 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | 9/10/2008, 11/10/2008 Notice Purposes Only -- Creditor of BRN Development, Inc. | | | | |
| Du Graf Assc, Inc. 2233 15th Ave W Seattle, WA 98119 | - | | | X | X | X | |
| | | | | | | | 9,320.29 |
| Account No. | | | 4/30/04 Notice Purposes Only | | | | |
| Dusty Hamrick 37 Inverary Dove Canyon, CA 92679 | - | | | X | X | X | |
| | | | | | | | Unknown |

Sheet no. __22__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          9,320.29

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                                ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>E. Ryker Young<br>24481 S Manard Road<br>Fort Gibson, OK 74434 | - | | 9/11/03<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>E. Ryker Young, Individually and as Trustee of E. Ryker Young Revocable Trust<br>2448 South Manard Road<br>Fort Gibson, OK 74434 | X | J | 12/20/2007<br>**Notice Purposes Only -- Creditor of BRN Development, Inc.** | X | X | X | 5,000,000.00 |
| Account No.<br><br>Eastern Accents<br>Department 2040<br>PO Box 87618<br>Chicago, IL 60680 | - | | 11/5/2008<br>**Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | X | X | X | 2,177.80 |
| Account No.<br><br>Ed Brett<br>900 North Heritage Drive Suit<br>Ridgecrest, CA 93555 | - | | 9/26/08<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>Edward Mylett<br>16296 Domani Terrace<br>Chino Hills, CA 91709 | - | | 10/22/07<br>**Notice Purposes Only** | X | X | X | Unknown |

Sheet no. __23__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **5,002,177.80**

B6F (Official Form 6F) (12/07) - Cont.

In re __Marshall Chesrown__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 7/2009 - 1/2010 Notice Purposes Only -- Creditor of BRN Development, Inc. | | | | |
| EKS&H 7979 E. Tufts Avenue, Suite 400 Denver, CO 80237 | - | | | | | X | X | X | |
| | | | | | | | | | 48,000.00 |
| Account No. | | | | | 1/8/03 Notice Purposes Only | | | | |
| Eric Hedlund P.O. Box 3741 Coeur D Alene, ID 83816 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 1/20/04 Notice Purposes Only | | | | |
| Eugene Kryger 3000 Everwell Bay Lane Coeur D Alene, ID 83814 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 4/10/06 Notice Purposes Only | | | | |
| F. Terry Eger P.O. Box 1624 Los Altos Hills, CA 94023 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Notice Purposes Only -- Creditor of Kendall Yards Development, Inc. | | | | |
| Felsburg Holt & Ullevig, Inc. 6300 South Syracuse Way, Suite 600 Englewood, CO 80111 | - | | | | | X | X | X | |
| | | | | | | | | | 5,094.23 |

Sheet no. __24__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 53,094.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall Chesrown**                                    ,                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Fighting Creek Materials, Inc.** <br> **23100 South Hwy 95** <br> **Coeur D Alene, ID 83814** | - | | 12/10/2008, 2/10/2009 <br> **Notice Purposes Only -- Creditor of BRN Development, Inc.** | X | X | X | 784.62 |
| Account No. <br><br> **Fodge Pulp, Inc.** <br> **PO Box 179** <br> **Bonners Ferry, ID 83805** | - | | 4/30/2010 <br> **Notice Purposes Only -- Creditor of Black Rock Ranch, LLC** | X | X | X | 1,000.00 |
| Account No. <br><br> **Foster Pepper PLLC** <br> **1111 Third Avenue, Suite 3400** <br> **Seattle, WA 98101** | - | | **Notice Purposes Only -- Creditor of Kendall Yards Development, Inc.** | X | X | X | 1,848.00 |
| Account No. <br><br> **Francis Cash** <br> **4736 S. Threemile Point Drive** <br> **Coeur D Alene, ID 83814** | - | | 12/4/02 <br> **Notice Purposes Only** | X | X | X | Unknown |
| Account No. <br><br> **Frank Bibby** <br> **14760 Caminito Porta Delgada** <br> **Del Mar, CA 92014** | - | | 11/8/04 <br> **Notice Purposes Only** | X | X | X | Unknown |

Sheet no. __25__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,632.62

B6F (Official Form 6F) (12/07) - Cont.

In re __Marshall Chesrown_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | 5/30/07 **Notice Purposes Only** | | | | |
| Frank W. Harrison 3838 Oak Lawn Avenue Suite 1000 Dallas, TX 75219 | - | | | | | X | X | X | Unknown |
| **Account No.** | | | | | 9/23/02 **Notice Purposes Only** | | | | |
| Frederick Martin 10351 N. Gibson Road Hayden Lake, ID 83835 | - | | | | | X | X | X | Unknown |
| **Account No.** | | | | | 2006 - 2007 **Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | | | | |
| Gale Contractor Services, Inc. 11784 North Reed Road Hayden, ID 83835 | - | | | | | X | X | X | 6,665.27 |
| **Account No.** | | | | | 12/9/04 **Notice Purposes Only** | | | | |
| Garrett Peyton 17495 S Flint Ct. Coeur D Alene, ID 83814 | - | | | | | X | X | X | Unknown |
| **Account No.** | | | | | 7/24/02 **Notice Purposes Only** | | | | |
| Gary Hebener 3837 Palmer Drive Coeur D Alene, ID 83815 | - | | | | | X | X | X | Unknown |

Sheet no. __26__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            6,665.27

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall Chesrown**                                    ,          Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 6/3/02 Notice Purposes Only | | | | |
| Gary Schneidmiller 1924 NW Boulevard Coeur D Alene, ID 83814 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 1/23/07 Notice Purposes Only | | | | |
| George Kauffman 153 NW Highland Dr. The Highlands Shoreline, WA 98177 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 9/26/02 Notice Purposes Only | | | | |
| George Krug 1001 Kenmare Drive Burr Ridge, IL 60527 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 8/7/07 Notice Purposes Only | | | | |
| Gerald Pedigo P.O. Box 9076 Rancho Santa Fe, CA 92067 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 10/10/06 Notice Purposes Only | | | | |
| Gerald Ridgely P.O. Box 803544 Dallas, TX 75380 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |

Sheet no. __27__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown**                                                                ,                    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 11/2008 - 9/2009 Notice Purposes Only -- Creditor of BRN Development, Inc. | | | | |
| Givens Pursley LLP PO Box 2720 Boise, ID 83701 | - | | | | X | X | X | |
| | | | | | | | | 96,645.29 |
| Account No. | | | | 10/25/02 Notice Purposes Only | | | | |
| Glen Leach Overland Sales and Leasing 7978 South Country Club Parkway Aurora, CO 80016 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 7/17/02 Notice Purposes Only | | | | |
| Glen Walker 544 South Stewart Ct Coeur D Alene, ID 83814 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 11/5/2008, 3/31/2009 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | | | | |
| Gloster c/o Cameron Phillips, PA 924 E. Sherman Avenue Coeur D Alene, ID 83814 | - | | | | X | X | X | |
| | | | | | | | | 6,848.14 |
| Account No. | | | | 4/2/07 Notice Purposes Only | | | | |
| Gordon Finch 715 N. Lancashire Lane Liberty Lake, WA 99019-8531 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __28__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

103,493.43

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 1/10/2009 Notice Purposes Only -- Creditor of BRN Development, Inc. | | | | |
| Grace Tree Service 1860 W. Hayden Ave Hayden, ID 83835 | - | | | | X | X | X | |
| | | | | | | | | 2,500.00 |
| Account No. | | | | 7/17/02 Notice Purposes Only | | | | |
| Grant Silvernale 129 3rd Ave #P703 Kirkland, WA 98033 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 8/20/02 Notice Purposes Only | | | | |
| Greg Jeffreys 5312 N Vista Court Spokane, WA 99212 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 11/14/08 Notice Purposes Only | | | | |
| Gregory Simpson 2402 S. Steen Rd. Veradale, WA 99037 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 10/20/2008 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | | | | |
| GT Metals / Gail Taylor 52910 Avenida Velasco La Quinta, CA 92253 | - | | | | X | X | X | |
| | | | | | | | | 499.16 |

Sheet no. __29__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,999.16

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown**                                      ,                    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **H & W Trucking** <br> **PO Box 1545** <br> **Mount Airy, NC 27030-1545** | - | | **11/10/2008, 12/10/2008, 1/10/2009** <br> **Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | X | X | X | **2,006.67** |
| Account No. <br><br> **H. James Magnuson** <br> **P.O. Box 2288** <br> **Coeur D Alene, ID 83814** | - | | **8/31/05** <br> **Notice Purposes Only** | X | X | X | **Unknown** |
| Account No. <br><br> **Harlan Friesen** <br> **19395 Cayuse Crater Ct.** <br> **Bend, OR 97702** | - | | **5/22/02** <br> **Notice Purposes Only** | X | X | X | **Unknown** |
| Account No. <br><br> **Harold J. Bowen III** <br> **2550 Woddward Way** <br> **Atlanta, GA 30305** | - | | **1/18/05** <br> **Notice Purposes Only** | X | X | X | **Unknown** |
| Account No. <br><br> **Harv Wyman** <br> **11 Asilomar Road** <br> **Laguna Niguel, CA 92677** | - | | **8/8/05** <br> **Notice Purposes Only** | X | X | X | **Unknown** |

Sheet no. __30__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,006.67**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall Chesrown**                                                      ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 11/2008 - 2/2009 Notice Purposes Only -- Creditor of BRN Development, Inc. | | | | |
| **Harvey Mills Design, Inc. 23741 Moonglow Court Ramona, CA 92065** | - | | | | X | X | X | 20,899.30 |
| Account No. | | | | 11/10/2009, 1/10/2010, 2/10/2010 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | | | | |
| **Information Resource Mgmt PO Box 469 Spokane, WA 99210** | - | | | | X | X | X | 12,219.25 |
| Account No. | | | | 1/15/2009 Notice Purposes Only -- Creditor of Legacy Ridge Development, Inc. | | | | |
| **Inland Fence 1295 E. Best Avenue Coeur D Alene, ID 83814** | - | | | | X | X | X | 6,600.00 |
| Account No. | | | | 2008 - 2009 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | | | | |
| **Inland Northwest Consultants 609 N Calgary Court, Suite 7 Post Falls, ID 83854** | - | | | | X | X | X | 11,043.40 |
| Account No. | | | | 7/8/03 Notice Purposes Only | | | | |
| **J. Dana Woudenberg 9835 East Bell Rd Suite 130 Scottsdale, AZ 85260** | - | | | | X | X | X | Unknown |

Sheet no. __31__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **50,761.95**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                                    ,        Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jack Gustavel** <br> **5713 E Shoreline Drive** <br> **Post Falls, ID 83854** | - | | **7/15/02** <br> **Notice Purposes Only** | X | X | X | **Unknown** |
| Account No. <br><br> **Jack Heath** <br> **P.O. Box 2127** <br> **Spokane, WA 99210-2127** | - | | **7/31/02** <br> **Notice Purposes Only** | X | X | X | **Unknown** |
| Account No. <br><br> **Jacob's Upholstery Inc.** <br> **16023 East Sprague Avenue** <br> **Veradale, WA 99037** | - | | **10/20/2008, 12/10/2008** <br> **Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | X | X | X | **10,771.58** |
| Account No. <br><br> **James Coles** <br> **905 Lake St. So.** <br> **#301N** <br> **Kirkland, WA 98033** | - | | **7/6/05** <br> **Notice Purposes Only** | X | X | X | **Unknown** |
| Account No. <br><br> **James Conaty** <br> **680 N. Lake Shore Dr.** <br> **# 1502** <br> **Chicago, IL 60611** | - | | **8/27/04** <br> **Notice Purposes Only** | X | X | X | **Unknown** |

Sheet no. __32__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  **10,771.58**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown**
                                                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C | U | D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 10/2/06, 10/23/09 Notice Purposes Only | | | | |
| James Dixon 891 Barcarmil Way Naples, FL 34110 | | - | | X | X | X | Unknown |
| Account No. | | | 7/31/02 Notice Purposes Only | | | | |
| James Duncan 726 B Street Coeur D Alene, ID 83814 | | - | | X | X | X | Unknown |
| Account No. | | | 7/12/04 Notice Purposes Only | | | | |
| James Edwards 1791 S Stach Road Coeur D Alene, ID 83814 | | - | | X | X | X | Unknown |
| Account No. | | | 7/30/07 Notice Purposes Only | | | | |
| James H. Stever 1907 Juneberry Court NE Issaquah, WA 98029 | | - | | X | X | X | Unknown |
| Account No. | | | 12/15/04 Notice Purposes Only | | | | |
| James Kincaid 17611 Wood Road Riverside, CA 92508 | | - | | X | X | X | Unknown |

Sheet no. **33** of **82** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Marshall Chesrown**
                                                                              , Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 7/23/02 Notice Purposes Only | | | | |
| James Wilharm P.O. Box 508 Spokane Valley, WA 99016 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 10/20/2008 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | | | | |
| Jamie Young Company 331 W. Victoria Street Gardena, CA 90248 | - | | | | | X | X | X | |
| | | | | | | | | | 146.45 |
| Account No. | | | | | 6/26/02, 7/28/06 Notice Purposes Only | | | | |
| Jason Plummer c/o RGT 5950 Sherry Lane Suite 700 Dallas, TX 75225 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 12/10/2008 Notice Purposes Only -- Creditor of BRN Development, Inc. | | | | |
| JCC, Ltd 10315 E. Holman Road Spokane, WA 99206 | - | | | | | X | X | X | |
| | | | | | | | | | 90.00 |
| Account No. | | | | | 8/5/05 Notice Purposes Only | | | | |
| Jed Billings 17378 S. Halite Loop Coeur D Alene, ID 83814 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |

Sheet no. __34__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

236.45

B6F (Official Form 6F) (12/07) - Cont.

In re __Marshall Chesrown__ ,                           Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.  <br> **Jeff Konopka & Leigh McGrath 25101 Anvil Circle Laguna Hills, CA 92653** | - | | | 6/23/05 <br> **Notice Purposes Only** | X | X | X | Unknown |
| Account No.  <br> **Jeff Waymire 1745 Continental View Drive Louisville, CO 80027** | - | | | 3/23/05 <br> **Notice Purposes Only** | X | X | X | Unknown |
| Account No.  <br> **Jefferson Allen 6 Grand Anacapri Henderson, NV 89011** | - | | | 7/1/04 <br> **Notice Purposes Only** | X | X | X | Unknown |
| Account No.  <br> **Jeffrey Thomas Ambassadors Group Inc. 1956 Ambassador Way Spokane, WA 99224** | - | | | 4/14/08 <br> **Notice Purposes Only** | X | X | X | Unknown |
| Account No.  <br> **Jeffrey W. Koznick 18 Grand Miramar Drive Henderson, NV 89011** | - | | | 8/19/03 <br> **Notice Purposes Only** | X | X | X | Unknown |

Sheet no. __35__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown** _____ ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 6/17/03 **Notice Purposes Only** | | | | |
| Jerry Blakemore 36061 N 85th Place Scottsdale, AZ 85266 | | - | | | X | X | X | Unknown |
| Account No. | | | | 1/30/03 **Notice Purposes Only** | | | | |
| Jerry Mensendick 33448 Alta Vista Drive Evergreen, CO 80439 | | - | | | X | X | X | Unknown |
| Account No. | | | | 1/10/2010, 3/10/2010, 5/10/2010 **Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | | | | |
| Jet Support Services, Inc. Maintenance Trust NW 5328 PO Box 1450 Minneapolis, MN 55485 | | | | | X | X | X | 13,027.23 |
| Account No. | | | | 9/27/05 **Notice Purposes Only** | | | | |
| Jim Hammond Jr. 6806 Meadow Road Dallas, TX 75230 | | - | | | X | X | X | Unknown |
| Account No. | | | | 9/24/07 **Notice Purposes Only** | | | | |
| JoAnn Stewart 4523 Westway Dallas, TX 75205 | | - | | | X | X | X | Unknown |

Sheet no. __**36**__ of __**82**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **13,027.23**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 7/9/04<br>Notice Purposes Only | | | | |
| Joe Donald<br>PMB 190<br>10120 W Flamingo Road<br>Suite 4<br>Las Vegas, NV 89147 | - | | | X | X | X | Unknown |
| Account No. | | | 6/6/05<br>Notice Purposes Only | | | | |
| John A. Pring<br>The Pring Corporation<br>15404 E. Springfield<br>Suite 200<br>Spokane Valley, WA 99037 | - | | | X | X | X | Unknown |
| Account No. | | | 2006 - 2010<br>Notice Purposes Only -- Creditor of Black Rock Development, Inc. | | | | |
| John Akins Masonry, Inc.<br>c/o Timothy Cronin, Esq.<br>Third Floor, Jocky Club Building<br>N. 115 Washington<br>Spokane, WA 99201 | - | | | X | X | X | 7,157.66 |
| Account No. | | | 1/8/05<br>Notice Purposes Only | | | | |
| John Beutler<br>Century 21 Beutler & Associate<br>1826 Northwest Boulevard<br>Coeur D Alene, ID 83814 | - | | | X | X | X | Unknown |
| Account No. | | | 9/14/05<br>Notice Purposes Only | | | | |
| John D. Gourley<br>7528 Glen Albens Circle<br>Dallas, TX 75225 | - | | | X | X | X | Unknown |

Sheet no. __37__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,157.66

B6F (Official Form 6F) (12/07) - Cont.

In re __Marshall Chesrown__ ,      Case No. _____
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**John Deere Construction & Forestry Company**<br>**6400 NW 86th Street**<br>**Johnston, IA 50131** | - | | | **Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**John E. Van Trigt**<br>**10799 E. Las Posas Road**<br>**Santa Rosa Valley, CA 93012** | - | | | **8/18/06**<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**John F Magnuson & Holly Houston**<br>**P.O. Box 2350**<br>**Coeur D Alene, ID 83816** | - | | | **8/10/05**<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**John Gary Coakley**<br>**74009 Desert Garden Trail**<br>**Palm Desert, CA 92260** | - | | | **3/30/05**<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**John Geddes**<br>**6469 Evernade Road**<br>**Hayden Lake, ID 83835** | - | | | **7/24/06**<br>**Notice Purposes Only** | X | X | X | Unknown |

Sheet no. __38__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                          ,       Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | 10/10/06 Notice Purposes Only | | | | |
| John Graham 5219 N Casa Blanca Drive #40 Paradise Valley, AZ 85253 | | - | | | | X | X | X | |
| | | | | | | | | | Unknown |
| **Account No.** | | | | | 9/26/08 Notice Purposes Only | | | | |
| John Hammill 360 Tomahawk Drive Maumee, OH 43537 | | - | | | | X | X | X | |
| | | | | | | | | | Unknown |
| **Account No.** | | | | | 10/3/02 Notice Purposes Only | | | | |
| John Keating 28369 W Coeur d'Alene Lake Shr Coeur D Alene, ID 83814 | | - | | | | X | X | X | |
| | | | | | | | | | Unknown |
| **Account No.** | | | | | 9/1/06 Notice Purposes Only | | | | |
| John Layman 8620 E. Maringo Dr. Spokane, WA 99212 | | - | | | | X | X | X | |
| | | | | | | | | | Unknown |
| **Account No.** | | | | | 7/6/07 Notice Purposes Only | | | | |
| John Pearce 2601 E. Spring Road Phoenix, AZ 85032 | | - | | | | X | X | X | |
| | | | | | | | | | Unknown |

Sheet no. __39__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
                                   (Total of this page)       **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Marshall Chesrown__ , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 8/19/08 Notice Purposes Only | | | | |
| John R. Butler 11 East Briar Hollow Lane Houston, TX 77027 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 7/31/02 Notice Purposes Only | | | | |
| John Richards 1345 E. Lacey Ave Hayden Lake, ID 83835 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 9/13/05 Notice Purposes Only | | | | |
| John Stewart P.O. Box 746 Minot, ND 58702 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 7/25/02 Notice Purposes Only | | | | |
| John Stone P.O. Box 2706 Spokane, WA 99220-2706 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 3/21/05 Notice Purposes Only | | | | |
| John V. Rindlaub 8441 SE 68th Street #217 Mercer Island, WA 98040 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __40__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall Chesrown**                                        ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | 10/21/08<br>Notice Purposes Only | X | X | X | |
| John Whittaker<br>212 W. Ironwood Dr.<br>#D234<br>Coeur D Alene, ID 83814 | | | | | | | | Unknown |
| Account No. | | - | | 8/20/02<br>Notice Purposes Only | X | X | X | |
| Jon Friesen<br>P.O. Box 3525<br>Portland, OR 97208 | | | | | | | | Unknown |
| Account No. | | - | | 6/29/04<br>Notice Purposes Only | X | X | X | |
| Joseph Dempsey<br>521 N Oakwood Avenue<br>#3A<br>Lake Forest, IL 60045 | | | | | | | | Unknown |
| Account No. | | - | | 8/25/03<br>Notice Purposes Only | X | X | X | |
| Joseph Perrigo<br>41457 N 106th Street<br>Scottsdale, AZ 85262 | | | | | | | | Unknown |
| Account No. | | - | | 7/28/08<br>Notice Purposes Only | X | X | X | |
| Joseph Ulloa & Anne Fomon<br>6546 Muirlands Drive<br>La Jolla, CA 92037 | | | | | | | | Unknown |

Sheet no. __41__ of __82__ sheets attached to Schedule of                        Subtotal                            0.00
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall Chesrown**                                      ,        Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 12/10/2008 Notice Purposes Only -- Creditor of BRN Development, Inc. | | | | |
| K & T Trucking 21387 Loffs Bay Road Coeur D Alene, ID 83814 | - | | | | X | X | X | |
| | | | | | | | | 360.00 |
| Account No. | | | | 7/8/05 Notice Purposes Only | | | | |
| K. Michael Ingram 426 N 44th Street #100 Phoenix, AZ 85008 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 11/5/2008 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | | | | |
| Kashwere LLC 19749 Bahama Street Northridge, CA 91324 | | | | | X | X | X | |
| | | | | | | | | 218.08 |
| Account No. | | | | 9/28/06 Notice Purposes Only | | | | |
| Keith Kulberg 7097 Aviara Drive Carlsbad, CA 92011 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 11/10/2008 Notice Purposes Only -- Creditor of BRN Development, Inc. | | | | |
| Keith's Signs by Smith 112 W. Prairie Ave Coeur D Alene, ID 83815 | - | | | | X | X | X | |
| | | | | | | | | 337.61 |

Sheet no. __42__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

915.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                                                              Case No. _____
                                                           ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 7/23/02 Notice Purposes Only | | | | |
| Kelly Nelson P.O. Box 2967 Hayden, ID 83835 | - | | | | X | X | X | Unknown |
| Account No. | | | | 8/14/09 Notice Purposes Only | | | | |
| Kenneth McElroy 14760 E. Paradise Drive Scottsdale, AZ 85268 | - | | | | X | X | X | Unknown |
| Account No. | | | | 8/9/02 Notice Purposes Only | | | | |
| Kenneth Oaks 17033 S Twisted Pine Rd Coeur D Alene, ID 83814 | - | | | | X | X | X | Unknown |
| Account No. | | | | 9/15/05 Notice Purposes Only | | | | |
| Kenny Stark 10040 E Happy Valley Road #621 Scottsdale, AZ 85255 | - | | | | X | X | X | Unknown |
| Account No. | | | | 8/17/04 Notice Purposes Only | | | | |
| Kevin Hoyle 5686 W. Onyx Circle Coeur D Alene, ID 83814 | - | | | | X | X | X | Unknown |

Sheet no. __43__ of __82__ sheets attached to Schedule of                                    Subtotal                          0.00
Creditors Holding Unsecured Nonpriority Claims                                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 12/8/04 **Notice Purposes Only** | | | | |
| **Kevin Sokol** **2953 S. Holguin Way** **Chandler, AZ 85286** | - | | | | | X | X | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | 10/5/05 **Notice Purposes Only** | | | | |
| **Kevin Westfall** **8 South Gordon Road** **Fort Lauderdale, FL 33301** | - | | | | | X | X | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | 11/10/2008 **Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | | | | |
| **Kindred Concierge, Inc.** **2377 S. Kindred Trail** **Coeur D Alene, ID 83814** | | | | | | X | X | X | |
| | | | | | | | | | **363.20** |
| Account No. | | | | | 9/14/2008, 3/27/2009, 6/20/2010 **Notice Purposes Only -- Creditors ofBlack Rock Development, Inc. and BRN Development, Inc.** | | | | |
| **Kootenai Electric Cooperative** **PO Box 278** **Hayden, ID 83835-0278** | - | | | | | X | X | X | |
| | | | | | | | | | **101,068.80** |
| Account No. | | | | | 8/10/2007 **Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | | | | |
| **Krueger Sheet Metal Company** **North 731 Superior** **Spokane, WA 99202** | - | | | | | X | X | X | |
| | | | | | | | | | **146.37** |

Sheet no. __44__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**101,578.37**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall Chesrown**                                    ,                Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lakeview AG (Gunner Bjorg)**<br>**c/o Eugene F. Peppard**<br>**Transreco Trading Est.**<br>**IM Gafos 5, FL 9494 Schaan** | - | | 4/22/2005<br>**Notice Purposes Only -- Creditor of BRN Lakeview JV** | X | X | X | 5,000,000.00 |
| Account No.<br><br>**Land O'Lakes Purina Feed, LLC**<br>**13639 Collections Center Drive**<br>**Chicago, IL 60693** | - | | 8/1/2010<br>**Notice Purposes Only -- Creditor of Black Rock Ranch, LLC** | X | X | X | 5,721.33 |
| Account No.<br><br>**Lawrence Tombari**<br>**8420 O'Hare Road**<br>**Las Vegas, NV 89143** | - | | 6/1/08<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Layman, Layman & Robinson**<br>**601 S. Division Street**<br>**Spokane, WA 99202** | - | | 2008 - 2011<br>**Notice Purposes Only -- Creditor of BRN Development, Inc., Legacy Ridge Development, Inc., Riverfront House Development, Inc. and The Ridge at Black Rock Bay, Inc.** | X | X | X | 166,515.20 |
| Account No.<br><br>**Leah Lewis**<br>**3436 E. Kachina Drive**<br>**Phoenix, AZ 85044** | - | | 5/4/06<br>**Notice Purposes Only** | X | X | X | Unknown |

Sheet no. __45__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,172,236.53

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown**                                                      ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> Learjet, Inc. <br> 2007 Collection Center Drive <br> Chicago, IL 60693 | - | | | | 2008 - 2009 <br> Notice Purposes Only -- Creditor of Black Rock Development, Inc. | X | X | X | 2,553.76 |
| Account No. **LEGACY** <br><br> Legacy Linens <br> c/o Coface Collections No. Am. <br> PO Box 8510 <br> Metairie, LA 70011-8510 | - | | | | 11/5/2008, 2/10/2009 <br> Notice Purposes Only -- Creditor of Black Rock Development, Inc. | X | X | X | 1,545.86 |
| Account No. <br><br> Liberty Lake, LLC <br> c/o Robert Samuel <br> 5141 N. 40th St., #500 <br> Phoenix, AZ 85018 | X | J | | | Approximately 3/2005 - 2008 <br> Notice Purposes Only | X | X | X | Unknown |
| Account No. <br><br> Lindsey Williams <br> 5306 Onyx Circle <br> Coeur D Alene, ID 83814 | - | | | | 5/21/02, 6/26/06 <br> Notice Purposes Only | X | X | X | Unknown |
| Account No. <br><br> Lori Sue Chesrown <br> 2273 Country Club Loop <br> Denver, CO 80237 | X | J | | | 10/1/2006 | X | X | X | 1,000,000.00 |

Sheet no. __46__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |  **1,004,099.62**

B6F (Official Form 6F) (12/07) - Cont.

In re __Marshall Chesrown__ , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 7/7/03 | | | Notice Purposes Only | | | | |
| Louis Sabatasso 220 Newport Center Dr. #11/362 Newport Beach, CA 92660 | - | | | X | X | X | Unknown |
| Account No. 11/10/2008, 1/10/2009 | | | Notice Purposes Only -- Creditor of BRN Development, Inc. | | | | |
| Lunceford Farms, Inc. 3355 N. Old Atlas Road Coeur D Alene, ID 83814 | - | | | X | X | X | 8,316.00 |
| Account No. 3/31/03 | | | Notice Purposes Only | | | | |
| M. Scott Sayer 1730 Meadowwoods Trail Long Lake, MN 55356 | - | | | X | X | X | Unknown |
| Account No. 6/1/2010 - 1/31/2012 | | | | | | | |
| Manning, Leaver, Brudder & Berberich 5750 5750 Wilshire Blvd, Suite 655 Los Angeles, CA 90036-3637 | | J | | X | X | X | 17,935.08 |
| Account No. 9/23/08 | | | Notice Purposes Only | | | | |
| Marc Edwards P.O. Box 7039 Rancho Santa Fe, CA 92067 | - | | | X | X | X | Unknown |

Sheet no. __47__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 26,251.08

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall Chesrown**                                              ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 8/27/02 Notice Purposes Only | | | | |
| Mark Blutcher 16845 S Spinel Court Coeur D Alene, ID 83814 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 12/12/03 Notice Purposes Only | | | | |
| Mark Hallgren 5909 63rd Street Lubbock, TX 79424 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 9/11/2011, 10/7/2011, 11/4/2011, 12/9/2011 Notice Purposes Only -- Creditor of Bellerive Investments, LLC for legal fees. | | | | |
| McKinley Fossum, PS 528 E. Spokane Falls Blvd, Suite 502 Spokane, WA 99202 | - | | | | X | X | X | |
| | | | | | | | | 949.50 |
| Account No. | | | | 2011 Notice Purposes Only -- Creditor of Black Rock Development, Inc. for additional charges. | | | | |
| McKinley Fossum, PS 528 E. Spokane Falls Blvd, Suite 502 Spokane, WA 99202 | - | | | | X | X | X | |
| | | | | | | | | 923.88 |
| Account No. | | | | 10/12/04 Notice Purposes Only | | | | |
| Melanie Peters 5619 Corso di Napoli Long Beach, CA 90803 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __48__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **1,873.38**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown**                                                  ,          Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michael Backlund**<br>**6521 Fall River Drive**<br>**San Jose, CA 95120** | - | | | 5/30/03<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Michael Bailey**<br>**5268 East Waverly Loop**<br>**Hayden, ID 83835** | - | | | 1/31/09<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Michael Connell**<br>**4033 S Wild Rose Drive**<br>**West Linn, OR 97068** | - | | | 12/15/02<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Michael Dalzell**<br>**2921 Sandy Pointe**<br>**#4**<br>**Del Mar, CA 92014** | - | | | 10/11/06<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Michael Newell**<br>**212 W. Ironwood Drive**<br>**Suite D 164**<br>**Coeur D Alene, ID 83814** | - | | | 8/24/04, 9/8/04<br>**Notice Purposes Only** | X | X | X | Unknown |

Sheet no. __49__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Marshall Chesrown__ , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 11/30/06 Notice Purposes Only | | | | |
| Michael O'Malley 3318 Kachina Phoenix, AZ 85044 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 7/1/03 Notice Purposes Only | | | | |
| Michael Rothschild 30 Admiralty Cross Coronado, CA 92118 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 8/14/08 Notice Purposes Only | | | | |
| Michael Senske 2115 East Huckleberry Lane Spokane, WA 99224 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 7/31/02 Notice Purposes Only | | | | |
| Michael Welling 24610 Snake River Road Asotin, WA 99402 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 12/12/03 Notice Purposes Only | | | | |
| Mike Hallgren 17064 Magma Lane Coeur D Alene, ID 83814 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __50__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Marshall Chesrown__ ,                         Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 7/27/05 Notice Purposes Only | | | | |
| Mike Terpstra 813 Country Club Circle Ripon, CA 95366 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 6/30/09 Notice Purposes Only | | | | |
| Milton Walker 16708 Catena Drive Chino Hills, CA 91709 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 8/5/02 Notice Purposes Only | | | | |
| Mitchell Pierce 7530 N Shadow Mountain Paradise Valley, AZ 85253 | X | J | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 9/6/06 Notice Purposes Only | | | | |
| Monty Houdeshell P.O. Box 6426 Laguna Niguel, CA 92607 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 8/15/03 Notice Purposes Only | | | | |
| Mrs. Ted Drysdale 4622 Mica Shore Rd P.O. Box 3363 Coeur D Alene, ID 83816 | | - | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __51__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall Chesrown**
_____ ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**MWI Veterinary Supply**<br>**14659 Collections Center Drive**<br>**Chicago, IL 60693** | - | | | 8/1/2010<br>**Notice Purposes Only -- Creditor of Black Rock Ranch, LLC** | X | X | X | 3,940.71 |
| Account No. <br><br>**Nature's Gallery**<br>**17649 US Hwy 27, Suite 19**<br>**Clermont, FL 34715** | - | | | 11/5/2008<br>**Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | X | X | X | 814.00 |
| Account No. <br><br>**Neil Braverman**<br>**4454 Wayside Drive**<br>**Naples, FL 34119** | - | | | 7/8/08<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No. <br><br>**NLP Furniture Industries**<br>**1425 Corporate Center Drive, Suite 200**<br>**San Diego, CA 92154** | - | | | 10/20/2008, 1/10/2009<br>**Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | X | X | X | 2,640.00 |
| Account No. <br><br>**Nolan Pratt**<br>**RR 1 Site 13 Comp 44**<br>**Chase BC**<br>**Canada, V0E 1M0** | - | | | 8/15/05<br>**Notice Purposes Only** | X | X | X | Unknown |

Sheet no. __52__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,394.71

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall Chesrown**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | - | | 11/10/2008 Notice Purposes Only -- Creditor of The Ridge at Black Rock Bay, Inc. | X | X | X | |
| North Engineering, PLLC PO Box 2486 Hayden, ID 83835 | | | | | | | | | 1,500.00 |
| Account No. | | | - | | 11/10/2008, 12/10/2008 Notice Purposes Only -- Creditor of BRN Development, Inc. | X | X | X | |
| North Idaho Blueprint 1923 N 4th Street, Suite 105 Coeur D Alene, ID 83814 | | | | | | | | | 64.13 |
| Account No. | | | - | | 7/2008 - 1/2009 Notice Purposes Only -- Creditor of BRN Development, Inc. and The Ridge at Black Rock Bay, Inc. | X | X | X | |
| Northwest Fence Co. 7488 N. Government Way Coeur D Alene, ID 83815 | | | | | | | | | 95,079.75 |
| Account No. | | | - | | 2/16/2009, 5/31/2009 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | X | X | X | |
| Nourison Rug Corp 5 Sampson Street Saddle Brook, NJ 07663 | | | | | | | | | 589.00 |
| Account No. | X | J | | | 2009 - 2010 Notice purposes only. | X | X | X | |
| NW Boulevard Investments, LLC Registered Agent: John Beutler 1836 Northwest Boulevard Coeur D Alene, ID 83814 | | | | | | | | | 0.00 |

Sheet no. **_53_** of **_82_** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

97,232.88

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                                              ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Nystrom Olson Collins** 912 W. Sprague Spokane, WA 99201 | - | | 1/10/2009 **Notice Purposes Only -- Creditor of BRN Development, Inc.** | X | X | X | 792.50 |
| Account No. **Octal Group, LLC** Mr. Alan Rothbart 8525 E Peppertree Lane Scottsdale, AZ 85250 | - | | 8/27/03, 9/21/04 **Notice Purposes Only** | X | X | X | Unknown |
| Account No. **Panhandle Animal Laboratory, Inc.** PO box 3572 Hayden, ID 83835 | - | | 7/1/2010 **Notice Purposes Only -- Creditor of Black Rock Ranch, LLC** | X | X | X | 259.10 |
| Account No. **Patricia Rose** 6000 Homestead Lane Paradise Valley, AZ 85253 | - | | 1/19/05 **Notice Purposes Only** | X | X | X | Unknown |
| Account No. **Patrick Barker** 11652 N. 135th Way Scottsdale, AZ 85259 | - | | 7/25/08 **Notice Purposes Only** | X | X | X | Unknown |

Sheet no. __54__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,051.60

B6F (Official Form 6F) (12/07) - Cont.

In re __Marshall Chesrown__ , Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Paul Brown** <br> **1300 S Riverside Harbor Drive** <br> **Post Falls, ID 83854** | | - | | **4/30/04** <br> **Notice Purposes Only** | X | X | X | Unknown |
| Account No. <br><br> **Paul Leonard** <br> **10000 N Bluerock Lane** <br> **Hayden Lake, ID 83835** | | - | | **7/24/02** <br> **Notice Purposes Only** | X | X | X | Unknown |
| Account No. <br><br> **Pella Northwest, LLC** <br> **3808 N. Sullivan Road** <br> **Bldg N15 - Ste 109** <br> **Spokane, WA 99216** | | - | | **1/30/2010** <br> **Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | X | X | X | 842.50 |
| Account No. <br><br> **Pendleton Siegel** <br> **9686 Easy Street** <br> **Hayden Lake, ID 83835** | | - | | **8/18/03** <br> **Notice Purposes Only** | X | X | X | Unknown |
| Account No. <br><br> **Peter Dix** <br> **11501 S Freya Road** <br> **Spokane, WA 99223** | | - | | **7/15/02** <br> **Notice Purposes Only** | X | X | X | Unknown |

Sheet no. __55__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    842.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                          ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | 9/23/02 Notice Purposes Only | | | | |
| Peter Johnstone 6868 Rockford Bay Rd Coeur D Alene, ID 83814 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 7/17/02 Notice Purposes Only | | | | |
| Peter Morrisroe P.O. Box 303 Hayden Lake, ID 83835 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 7/22/09 Notice Purposes Only | | | | |
| Peter Robinson 6 Billingsgate Drive Simsbury, CT 06070 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 7/17/02 Notice Purposes Only | | | | |
| Peter Stanton P.O. Box 2191 Spokane, WA 99210 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 6/10/04 Notice Purposes Only | | | | |
| Phillip Stanton c/o Washington Trust Bank Executive Admin. P.O. Box 2127 Spokane, WA 99210 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |

Sheet no. __56__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                                  ,                Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J C | | | | | |
| Account No. | | | | 7/1/2010 | | | | |
| Platinum Performance PO Box 990 67 Commerce Drive, Unit 100 Buellton, CA 93427 | - | | | Notice Purposes Only -- Creditor of Black Rock Ranch, LLC | X | X | X | 3,262.74 |
| Account No. 81423000 | | | | 12/15/2006 | | | | |
| PNC Bank National City Capital One PBC Plaza 249 5th Avenue Pittsburgh, PA 15222-2707 | X | J | | | X | X | X | 4,436,109.00 |
| Account No. 96924000 | | | | 6/7/2007 | | | | |
| PNC Bank National City Capital One PBC Plaza 249 5th Avenue Pittsburgh, PA 15222-2707 | X | J | | | X | X | X | 308,834.00 |
| Account No. | | | | 12/10/2007 | | | | |
| POE Asphalt Paving, Inc. PO Box 449 Lewiston, ID 83501 | - | | | Notice Purposes Only -- Creditor of Legacy Ridge Development, Inc. | X | X | X | 1,832.41 |
| Account No. | | | | 11/2008 - 2/2009 | | | | |
| Polin and Young Construction PO Box 3701 Coeur D Alene, ID 83816 | - | | | Notice Purposes Only -- Creditor of BRN Development, Inc. | X | X | X | 145,053.80 |

Sheet no. __57__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,895,091.95

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown**                                          ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 11/10/2008, 4/10/2009 | | | | |
| Pratt & Whitney Canada Corp PO Box 730011 Dallas, TX 75373 | - | | Notice Purposes Only -- Creditor of Black Rock Development, Inc. | X | X | X | 42,662.18 |
| Account No. | | | 9/29/04 | | | | |
| R. Kim Shearburn 1014 Polo Downs Drive Town and Country, MO 63017 | - | | Notice Purposes Only | X | X | X | Unknown |
| Account No. | | | 11/14/05, 8/18/06 | | | | |
| R. Kyle Ford 4430 Bordeaux Avenue Dallas, TX 75205 | - | | Notice Purposes Only | X | X | X | Unknown |
| Account No. | | | 3/5/03 | | | | |
| Ralph Wegis Law Offices of Ralph Wegis 1930 Truxtun Avenue Bakersfield, CA 93301 | - | | Notice Purposes Only | X | X | X | Unknown |
| Account No. | | | 3/10/2010 | | | | |
| Randall & Danskin, PS 1500 Bank of America Financial Center 601 W. Riverside Avenue Spokane, WA 99201 | - | | Notice Purposes Only -- Creditor of BRN Development, Inc. | X | X | X | 1,714.00 |

Sheet no. __58__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **44,376.18**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                                    ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 6/10/08 Notice Purposes Only | | | | |
| Randy Garcia 2220 Glenbrook Way Las Vegas, NV 89117 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 10/25/05 Notice Purposes Only | | | | |
| Randy Heady 2500 N. Dallas Parkway #220 Plano, TX 75093 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 8/26/02 Notice Purposes Only | | | | |
| Randy Johnson 18401 S University Point Lane Coeur D Alene, ID 83814 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 7/13/06 Notice Purposes Only | | | | |
| Ray Kish 202 E. North Foothills Dr. Spokane, WA 99207-2155 | - | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Notice Purposes Only -- Creditor of Kendall Yards Development, Inc. | | | | |
| Real Retail 1725 Westlake Avenue N. #210 Seattle, WA 98101 | - | | | | | X | X | X | |
| | | | | | | | | | 28,460.46 |

Sheet no. __59__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 28,460.46 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                            , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Reed & Giesa, P.S.**<br>**220 North Wall Street, Suite 410**<br>**Spokane, WA 99201** | - | | | | | | | 14,804.89 |
| Account No.<br><br>**Resort Aviation Services, Inc.**<br>**11101 Airport Drive**<br>**PO Box 1018**<br>**Hayden, ID 83835** | - | | | 11/10/2008<br>**Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | X | X | X | 2,348.60 |
| Account No.<br><br>**Richard A. Gray Jr.**<br>**2828 Hood Street**<br>**#903**<br>**Dallas, TX 75219** | - | | | 8/12/08<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Richard Beem**<br>**104 Bella Cima Drive**<br>**Austin, TX 78734** | - | | | 11/4/05<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Richard Brooke**<br>**1875 N Lakewood Dr.**<br>**3rd Floor**<br>**Coeur D Alene, ID 83814** | - | | | 7/23/02<br>**Notice Purposes Only** | X | X | X | Unknown |

Sheet no. __60__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,153.49

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown**                                          ,      Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 7/25/02 | | | | |
| **Richard Bylski** **5766 W Onyx Circle** **Coeur D Alene, ID 83814** | - | | Notice Purposes Only | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | 7/29/05, 10/18/05 | | | | |
| **Richard Hunter** **P.O. Box 371448** **Las Vegas, NV 89137** | - | | Notice Purposes Only | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | 11/20/03 | | | | |
| **Richard Scott** **12 Via Tiberius Way** **Henderson, NV 89011** | - | | Notice Purposes Only | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | 7/31/02 | | | | |
| **Richard Sladek** **6278 W Onyx Circle** **Coeur D Alene, ID 83814** | - | | Notice Purposes Only | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | 8/5/02 | | | | |
| **Rick Brown** **P.O. Box 855** **Hayden Lake, ID 83835** | - | | Notice Purposes Only | X | X | X | |
| | | | | | | | Unknown |

Sheet no. __61__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown**                                                    ,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 7/8/04 Notice Purposes Only | | | | |
| **Rick Horst 407 Eagle Ridge Palm Desert, CA 92260** | - | | | | X | X | X | Unknown |
| Account No. | | | | 10/15/02 Notice Purposes Only | | | | |
| **Rick Rummel 7002 E. Caballo Circle Paradise Valley, AZ 85253** | - | | | | X | X | X | Unknown |
| Account No. | | | | 6/9/05 Notice Purposes Only | | | | |
| **Rick Souza c/o Idaho Independent Bank Box J Coeur D Alene, ID 83814** | - | | | | X | X | X | Unknown |
| Account No. | | | | 11/7/07 Notice Purposes Only | | | | |
| **Rick Stanley P.O. Box 486 Fossil, OR 97830** | - | | | | X | X | X | Unknown |
| Account No. | | | | Approximately 7/2010 Notice Purposes Only | | | | |
| **Rishon Ludders 212 W. Ironwood Dr., Suite D PMB 227 Coeur D Alene, ID 83814** | - | | | | X | X | X | Unknown |

Sheet no. __62__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Marshall Chesrown__ , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2/10/2008 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | | | | |
| River City Glass, Inc. 6615 East Main Spokane, WA 99212 | | - | | | X | X | X | |
| | | | | | | | | 180.95 |
| Account No. | | | | 10/2008 - 3/2009 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | | | | |
| Robert Allen Group 225 Foxbora Blvd Foxboro, MA 02035 | | - | | | X | X | X | |
| | | | | | | | | 1,530.43 |
| Account No. | | | | 11/8/2004 Kootenai County Case # CV-12-4492 | | | | |
| Robert C. Samuel c/o Samuel and Company 5141 N 40th Street Suite 500 Phoenix, AZ 85018 | X | J | | | X | X | X | |
| | | | | | | | | 4,631,966.09 |
| Account No. | | | | 7/25/03 Notice Purposes Only | | | | |
| Robert C. Samuel c/o Samuel and Company 5141 N 40th Street Suite 500 Phoenix, AZ 85018 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 8/3/06 Notice Purposes Only | | | | |
| Robert Cayne Global Entertainment Group Inc. 6160 West Sahara Las Vegas, NV 89146 | | - | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __63__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,633,677.47

B6F (Official Form 6F) (12/07) - Cont.

In re **Marshall Chesrown** , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 7/24/06 Notice Purposes Only | | | | |
| Robert Clements 5547 Onyx Circle Coeur D Alene, ID 83814 | - | | | | X | X | X | Unknown |
| Account No. | | | | 8/7/09 Notice Purposes Only | | | | |
| Robert Inman 4548 McEwen Rd Dallas, TX 75244 | - | | | | X | X | X | Unknown |
| Account No. | | | | 6/17/04 Notice Purposes Only | | | | |
| Robert Klaus Robert Klaus Companies 8400 N Allen Road Peoria, IL 61615 | - | | | | X | X | X | Unknown |
| Account No. | | | | 10/24/03 Notice Purposes Only | | | | |
| Robert Lawhead 5493 W Onyx Circle Coeur D Alene, ID 83814 | - | | | | X | X | X | Unknown |
| Account No. | | | | 9/25/07 Notice Purposes Only | | | | |
| Robert Lewis N. 510 Mullan Road Spokane, WA 99206 | - | | | | X | X | X | Unknown |

Sheet no. __64__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Marshall Chesrown__ ,                                              Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 9/17/07 Notice Purposes Only | | | | |
| Robert Neilson P.O. Box 190 Liberty Lake, WA 99019 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 3/31/2010 Notice Purposes Only -- Creditor of BRN Development, Inc. | | | | |
| Rockford Bay Heights HOA c/o Laurie Reynolds 16271 S. Rockford Heights Road Coeur D Alene, ID 83814 | | - | | | X | X | X | |
| | | | | | | | | 750.00 |
| Account No. | | | | 7/16/02 Notice Purposes Only | | | | |
| Rod Plese Plese Realty LLC 201 W Francis Ave Spokane, WA 99205 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 9/11/08 Notice Purposes Only | | | | |
| Rodney Woods 3510 Turtle Creek Blvd. #17C Dallas, TX 75219 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 5/7/09 Notice Purposes Only | | | | |
| Roger Anderson 3405 E Overland Suite 150 Meridian, ID 83642 | | - | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __65__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

750.00

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall Chesrown**                                                                  ,          Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Roger J. Weiss**<br>**73833 Desert Garden Trail**<br>**Palm Desert, CA 92260** | | - | 9/12/05<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Roger Nelson**<br>**P.O. Box 640**<br>**Coeur D Alene, ID 83816** | | - | 7/9/02<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Roger Rummel**<br>**24986 N 107th Place**<br>**Scottsdale, AZ 85255** | | - | 8/9/02<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Roland E. Casati**<br>**255 N Greenbay Road**<br>**Lake Forest, IL 60045** | | - | 1/11/06<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Roland E. Casati, Individually and as**<br>**Trustee of the Roland E. Casati**<br>**Revocable Trust, dated 11/2/2005**<br>**255 North Greenbay Road**<br>**Chicago, IL 60602-2417** | X | J | 11/2/2009<br>**Notice Purposes Only -- Creditor of BRN**<br>**Development, Inc.** | X | X | X | 5,000,000.00 |

Sheet no. __66__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,000,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Marshall Chesrown** _____ ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ron Nolte<br>54-901 Inverness Way<br>La Quinta, CA 92253** | - | | **8/6/02<br>Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Ron Pratte<br>4400 West Earhart Way<br>Chandler, AZ 85226** | - | | **4/1/2010, 11/19/2008<br>Notice Purposes Only -- Creditor of Black Rock Development, Inc. and Rockford Bay Investments, LLC** | X | X | X | 273,947.26 |
| Account No.<br><br>**Ron Pratte<br>4400 West Earhart Way<br>Chandler, AZ 85226** | - | | **7/31/08<br>Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Ron Rivera<br>47 Olympia Hills Circle<br>Las Vegas, NV 89141** | - | | **7/21/06, 7/24/06<br>Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Ronald Anderson, CPA<br>9408 S. Cedar Rim Lane<br>Spokane, WA 99224** | - | | **3/10/2009, 8/14/2009<br>Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | X | X | X | 18,112.00 |

Sheet no. __67__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **292,059.26**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 5/15/03 **Notice Purposes Only** | | | | |
| **Ronald Hilgart** **1539 E Eugie Avenue** **Phoenix, AZ 85022** | - | | | | X | X | X | Unknown |
| Account No. | | | | 11/10/2008 **Notice Purposes Only -- Creditor of BRN Development, Inc.** | | | | |
| **Ross Kimball Trucking, Inc.** **6515 W. Timberline Street** **Rathdrum, ID 83858** | - | | | | X | X | X | 1,350.00 |
| Account No. | | | | 10/16/02 **Notice Purposes Only** | | | | |
| **Roy Moore** **7117 SE Topper Dr** **Vancouver, WA 98664** | - | | | | X | X | X | Unknown |
| Account No. | | | | 9/16/03 **Notice Purposes Only** | | | | |
| **Roy Newton** **2760 W Everwell Bay Lane** **Coeur D Alene, ID 83814** | - | | | | X | X | X | Unknown |
| Account No. | | | | 8/31/07 **Notice Purposes Only** | | | | |
| **Russell Wicks** **6415 N. Thimble View Place** **Tucson, AZ 85750** | - | | | | X | X | X | Unknown |

Sheet no. __68__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    1,350.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Marshall Chesrown__ , Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Purposes Only | | | | |
| Samuel and Co. (of all forms) c/o Robert Samuel 5141 N. 40th St., #500 Phoenix, AZ 85018 | - | | | | X | X | X | Unknown |
| Account No. | | | | 11/8/05 Notice Purposes Only | | | | |
| Scott Hicks 16988 S Basalt Coeur D Alene, ID 83814 | - | | | | X | X | X | Unknown |
| Account No. | | | | 7/24/02 Notice Purposes Only | | | | |
| Scott Taylor 9790 Easy Street Hayden Lake, ID 83835 | - | | | | X | X | X | Unknown |
| Account No. | | | | 7/31/06 Notice Purposes Only | | | | |
| Sean Rivera 305 Quiet Harbor Street Henderson, NV 89052 | - | | | | X | X | X | Unknown |
| Account No. | | | | 9/26/08 Notice Purposes Only | | | | |
| Shaw McCutcheon 2100 Northwest 30th Road Boca Raton, FL 33431 | - | | | | X | X | X | Unknown |

Sheet no. __69__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**
_____ ,
                                  Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                          **7/29/09** **Notice Purposes Only** **Shawn Olson** **9817 E. Parkside Lane** **Scottsdale, AZ 85255** | | - | | | X | X | X | **Unknown** |
| Account No.                                          **12/2007 - 5/2009** **Notice Purposes Only -- Creditor of The Ridge at Black Rock Bay, Inc.** **SI Construction, LLC** **PO Box 188** **Hayden, ID 83835** | | - | | | X | X | X | **79,204.67** |
| Account No.                                          **1/10/2009** **Notice Purposes Only -- Creditor of BRN Development, Inc.** **Simmons Farms** **1031 Utt Lane** **Princeton, ID 83857** | | - | | | X | X | X | **448.00** |
| Account No.                                          **11/5/2008, 2/11/2009** **Notice Purposes Only -- Creditor of Black Rock Development, Inc.** **Simmons Mattress Co** **PO Box 945655** **Atlanta, GA 30394** | | - | | | X | X | X | **3,310.00** |
| Account No.                                          **Notice Purposes Only -- Creditor of Kendall Yards Development, Inc.** **Slavik Group, LLC** **1135 Highland Ranch Road** **Cloverdale, CA 95425** | | - | | | X | X | X | **2,768.54** |
| Sheet no. __**70**__ of __**82**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | **85,731.21** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**                                                              ,          Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sound & Image Interiors**<br>**204 South Koren, Suite 600**<br>**Spokane, WA 99212** | - | | 1/10/2009<br>**Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | X | X | X | 1,377.11 |
| Account No.<br><br>**Speccom, Inc.**<br>**PO Box 1150**<br>**Rathdrum, ID 83858** | - | | 9/10/2008<br>**Notice Purposes Only -- Creditor of BRN Development, Inc.** | X | X | X | 2,197.96 |
| Account No.<br><br>**Specialty Home Products, Inc.**<br>**2222 E. Mallon**<br>**Spokane, WA 99202** | - | | 8/10/2007, 9/10/2007, 10/10/2007, 11/10/2007<br>**Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | X | X | X | 2,203.25 |
| Account No.<br><br>**SPF Water Engineering**<br>**300 E. Mallard Drive, #350**<br>**Boise, ID 83706** | - | | 11/2008 - 9/2009<br>**Notice Purposes Only -- Creditor of BRN Development, Inc.** | X | X | X | 10,312.97 |
| Account No.<br><br>**Stephen Baker**<br>**1923 Westminster Lane**<br>**Spokane, WA 99223** | - | | 9/3/02<br>**Notice Purposes Only** | X | X | X | Unknown |

Sheet no. __71__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,091.29

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**
                                                                                         ,       Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 10/10/03 Notice Purposes Only | | | | |
| Stephen Dunlap 6205 N Villa Ave Oklahoma City, OK 73112 | - | | | | X | X | X | Unknown |
| Account No. | | | | 11/30/06 Notice Purposes Only | | | | |
| Steve Brown 936 West Citrus Way Chandler, AZ 85248 | - | | | | X | X | X | Unknown |
| Account No. | | | | 2/17/06 Notice Purposes Only | | | | |
| Steve Carlsen 4871 Cuprum Court Coeur D Alene, ID 83815 | - | | | | X | X | X | Unknown |
| Account No. | | | | 6/4/02 Notice Purposes Only | | | | |
| Steve Konell - Estate 2-K LLC 36000 SE Industrial Way Sandy, OR 97055 | - | | | | X | X | X | Unknown |
| Account No. | | | | 10/3/02 Notice Purposes Only | | | | |
| Steven Helmbrecht P.O. Box 8236 Spokane, WA 99203 | - | | | | X | X | X | Unknown |

Sheet no. __72__ of __82__ sheets attached to Schedule of          Subtotal          | 0.00 |
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Strata Engineering** **8653 W. Hackamore Drive** **Boise, ID 83709** | - | | 11/10/2008, 12/10/2008 **Notice Purposes Only -- Creditor of BRN Development, Inc.** | X | X | X | 13,220.50 |
| Account No.  **Sundance Investments** **3405 E. Overland Road** **Suite 105** **Meridian, ID 83642** | - | | 8/6/2010 | | | | 31,110.07 |
| Account No.  **SVL Analytical, Inc.** **PO Box 929** **Kellogg, ID 83837** | - | | 11/10/2008, 12/10/2008 **Notice Purposes Only -- Creditor of BRN Development, Inc.** | X | X | X | 1,000.50 |
| Account No.  **T.C. Swartz** **1521 2nd Ave** **# 903** **Seattle, WA 98101** | - | | 10/1/04, 4/10/06 **Notice Purposes Only** | X | X | X | Unknown |
| Account No.  **Taylor Engineering, Inc.** **W 106 Mission Avenue** **Spokane, WA 99201** | - | | 8/2008 - 5/2009 **Notice Purposes Only -- Creditor of BRN Development, Inc. and Kendall Yards Development, Inc.** | X | X | X | 153,448.77 |

Sheet no. __73__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

198,779.84

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marshall Chesrown**
_____,
                        Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 7/24/02 **Notice Purposes Only** | | | | |
| **Terry Bloskey** **17468 Flint Court** **Coeur D Alene, ID 83814** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | 1/10/2009, 12/10/2008 **Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | | | | |
| **The Foxi** **566 Inca Street** **Denver, CO 80204** | - | | | | X | X | X | **7,525.00** |
| Account No. | | | | 6/10/2001, 11/5/2008 **Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | | | | |
| **The Frame of Mind Gallery** **119 N. 2nd** **Coeur D Alene, ID 83814** | - | | | | X | X | X | **3,799.14** |
| Account No. | | | | 2/10/2009 **Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | | | | |
| **The Furniture Doctors, Inc.** **2750 W. Prairie Avenue** **Coeur D Alene, ID 83814** | - | | | | X | X | X | **740.00** |
| Account No. | | | | 11/10/2008, 12/10/2008 **Notice Purposes Only -- Creditor of BRN Development, Inc.** | | | | |
| **The Turf Corporation** **6100 S. Eagle Road** **Meridian, ID 83642** | - | | | | X | X | X | **6,562.00** |

Sheet no. __74__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,626.14**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marshall Chesrown** ,                        Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 7/8/04 Notice Purposes Only | | | | |
| Thomas A. Branch 1739 Cresent Knolls Glen Escondido, CA 92029 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 7/1/05 Notice Purposes Only | | | | |
| Thomas G. Anderl 2875 E Spyglass Court Coeur D Alene, ID 83815 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 7/23/04 Notice Purposes Only | | | | |
| Thomas Lund 9175 N Forest Shores Road Coeur D Alene, ID 83814 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 6/13/02 Notice Purposes Only | | | | |
| Thomas Mahoney 58114 Aracena La Quinta, CA 92253 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 4/2006 - 11/2008 Notice Purposes Only -- Creditor of Black Rock Development, Inc. and BRN Development, Inc. | | | | |
| Thorco, Inc. PO Box 2167 Coeur D Alene, ID 83816 | - | | | | X | X | X | |
| | | | | | | | | 113,034.85 |

Sheet no. __75__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            113,034.85

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown**                                                                    Case No. _____
                                              ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Timothy Taylor**<br>**4332 W Walton Way**<br>**Chandler, AZ 85226** | - | | | **7/12/04**<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Todd Maul**<br>**1622 W. 152nd Avenue**<br>**Broomfield, CO 80020** | - | | | **7/24/06**<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Tom Bottiaux**<br>**2323 Milano Terrace**<br>**Chino Hills, CA 91709** | - | | | **8/11/09**<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Trindera Engineering, Inc.**<br>**1875 N. Lakewood Drive, Suite 201**<br>**Coeur D Alene, ID 83816** | - | | | **11/10/2008**<br>**Notice Purposes Only -- Creditor of BRN Development, Inc.** | X | X | X | 607.71 |
| Account No.<br><br>**Tumble Stone**<br>**PO Box 603**<br>**Hayden, ID 83835** | - | | | **10/5/2008, 10/20/2008**<br>**Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | X | X | X | 278.14 |

Sheet no. __76__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

885.85

B6F (Official Form 6F) (12/07) - Cont.

In re __Marshall Chesrown_____,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | 9/2008 - 6/2010 Notice Purposes Only -- Creditor of Black Rock Ranch, LLC, BRN Development, Inc. and The Ridge at Black Rock Bay, Inc. | X | X | X | |
| United Pump and Drilling 3125 W. Hayden Avenue Hayden, ID 83835 | | | | | | | | 10,877.21 |
| Account No. | | | - | 2/2008 - 8/2009 Notice Purposes Only -- Creditor of The Ridge at Black Rock Bay, Inc. | X | X | X | |
| United Pump Company 3125 W. Hayden Ave Hayden, ID 83835 | | | | | | | | 15,092.57 |
| Account No. | | | - | 12/10/2008 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | X | X | X | |
| Universal Cushion Co 3338 Malt Avenue Los Angeles, CA 90040 | | | | | | | | 574.31 |
| Account No. 5824105695 | X | J | | 3/25/2009 Guaranty of NW Boulevard Investments, LLC Indebtedness | X | X | X | |
| US Bank 1603 N 4th Street Coeur D Alene, ID 83814 | | | | | | | | 5,792,789.99 |
| Account No. | | | - | 10/20/2008, 11/10/2008, 11/10/2009 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | X | X | X | |
| Viertri PO Box 460 Hillsborough, NC 27278 | | | | | | | | 288.14 |

Sheet no. __77__ of __82__ sheets attached to Schedule of     Subtotal     5,819,622.22
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall Chesrown**                                          ,          Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 10/20/2008 Notice Purposes Only -- Creditor of Black Rock Development, Inc. | | | | |
| Votivo c/o Atwell Curtis Brook PO Box 363 Carle Place, NY 11514 | | - | | | X | X | X | 821.82 |
| Account No. | | | | 11/14/02 Notice Purposes Only | | | | |
| W. Brant Morris & Nancy Nick 9889 W Gallop Lane Post Falls, ID 83854 | | - | | | X | X | X | Unknown |
| Account No. | | | | 8/6/02 Notice Purposes Only | | | | |
| W.T. Richards 1408 E Honeysuckle Hayden Lake, ID 83835 | | - | | | X | X | X | Unknown |
| Account No. | | | | 2008 Notice Purposes Only -- Creditor of BRN Development, Inc. | | | | |
| Wadsworth Golf Construction Co 600 N 195th Ave Buckeye, AZ 85326 | | - | | | X | X | X | 1,836,181.67 |
| Account No. 755937-14515 | | | | 11/1/2005 | | | | |
| Washington Trust Bank PO Box 2127 Spokane, WA 99210-2127 | X | J | | | X | X | X | 5,000,000.00 |

Sheet no. __78__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            6,837,003.49

B6F (Official Form 6F) (12/07) - Cont.

In re **Marshall Chesrown**                                      ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Washington Window & Door**<br>**17832 NE 65th Street**<br>**Redmond, WA 98052** | | - | 11/10/2008<br>**Notice Purposes Only -- Creditor of BRN Development, Inc.** | X | X | X | 79.50 |
| Account No.<br><br>**Wayne Gianotti**<br>**9880 E. Couer d'Alene Lake Dr.**<br>**Coeur D Alene, ID 83814** | | - | 2/3/03<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No.<br><br>**Wayne Rawlings**<br>**7457 S. Rita Lane**<br>**Tempe, AZ 85283** | | - | 8/6/07<br>**Notice Purposes Only** | X | X | X | Unknown |
| Account No. 103621<br><br>**Wells Fargo Bank, N.A.**<br>**MAC A0770-020**<br>**1504 Eureka Road, Suite 250**<br>**Roseville, CA 95661** | X | J | 5/8/0008<br>**Guaranty of Boardwalk Homes Development, Inc. Indebtedness** | X | X | X | 767,105.26 |
| Account No. 103624<br><br>**Wells Fargo Bank, N.A.**<br>**MAC A0770-020**<br>**1504 Eureka Road, Suite 250**<br>**Roseville, CA 95661** | X | J | 9/8/2008<br>**Guaranty of River House Development, Inc. Indebtedness** | X | X | X | 4,127,584.68 |

| | | |
|---|---|---|
| Sheet no. **79** of **82** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 4,894,769.44 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Marshall Chesrown__ , Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **105135**<br><br>**Wells Fargo Bank, N.A.**<br>**MAC A0770-020**<br>**1504 Eureka Road, Suite 250**<br>**Roseville, CA 95661** | X | J | 12/7/2007<br>**Guaranty of Bellerive Investments, LLC Indebtedness** | X | X | X | 7,539,664.38 |
| Account No.<br><br>**Wells Fargo Insurance Services**<br>**601 W. Mail, Suite 1400**<br>**Spokane, WA 99201** | | - | 6/2010 - 8/2009<br>**Notice Purposes Only -- Creditor of Black Rock Development, Inc.** | X | X | X | 16,750.00 |
| Account No.  KO7465087<br><br>**Westchester Fire Insurance Company**<br>**John J. Mangan**<br>**ACE USA**<br>**436 Walnut Street**<br>**Philadelphia, PA 19106** | X | J | 6/24/2009<br>**Indemnity Obligation related to River House Development, Inc.** | X | X | X | 1,501,385.19 |
| Account No.<br><br>**Western States Ranches**<br>**1208 Hwy 377**<br>**Dublin, TX 76446** | | - | 5/16/2006<br>**Notice Purposes Only -- Creditor of Black Rock Ranch, LLC** | X | X | X | 687,718.84 |
| Account No.<br><br>**William Fanning**<br>**Century 21 Beutler Waterfront**<br>**41 West Riverside**<br>**Suite 110**<br>**Spokane, WA 99201** | | - | 7/17/02<br>**Notice Purposes Only** | X | X | X | Unknown |

Sheet no. __80__ of __82__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,745,518.41

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marshall Chesrown**                                      , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 9/29/05 Notice Purposes Only | | | | |
| William M. Bauce P.O. Box 9240 Rancho Santa Fe, CA 92067 | | - | | X | X | X | Unknown |
| Account No. | | | 8/5/02, 10/17/07 Notice Purposes Only | | | | |
| William Morrow 79390 Tom Fazio Lane South La Quinta, CA 92253 | | - | | X | X | X | Unknown |
| Account No. | | | 9/11/03 Notice Purposes Only | | | | |
| William Murphy 9325 E Horizon Drive Scottsdale, AZ 85262 | | - | | X | X | X | Unknown |
| Account No. | | | 7/8/08 Notice Purposes Only | | | | |
| William Nordstrom 1414 West Ballard Road Spokane, WA 99208-8204 | | - | | X | X | X | Unknown |
| Account No. | | | 3/20/09 Notice Purposes Only | | | | |
| William Phillips 7005 Lismore Court Colleyville, TX 76034 | | - | | X | X | X | Unknown |

Sheet no. __81__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marshall Chesrown**                               ,       Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>**William Radobenko**<br>**7500 Mulholland Drive**<br>**Coeur D Alene, ID 83815** | - | | **7/24/02**<br>**Notice Purposes Only** | X | X | X | **Unknown** |
| **Account No.**<br><br>**Wolkey McKinley, PS**<br>**528 E. Spokane Falls Blvd, Suite 502**<br>**Spokane, WA 99202** | - | | **2008 - 2011**<br>**Notice Purposes Only -- Creditor of BRMC Development, Inc., BRN Development, Inc. and The Ridge at Black Rock Bay, Inc.** | X | X | X | **41,880.04** |
| **Account No.** | | | | | | | |
| **Account No.** | | | | | | | |
| **Account No.** | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __82__ of __82__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **41,880.04** |
| | Total<br>(Report on Summary of Schedules) | **56,614,153.18** |

B6G (Official Form 6G) (12/07)

In re   **Marshall Chesrown**   ,   Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Mercedez Benz Financial**<br>**c/o Customer Service Center**<br>**PO Box 1800**<br>**Roanoke, TX 76262** | **Automobile Lease - Debtor is Lessee of a 24 month automobile lease for a Mercedes SL63 that commenced on November 10, 2012.  The monthly payments are $4,031.47.** |
| **Ocean City Place, LLC**<br>**2740 Monroe Avenue**<br>**Rochester, NY 14618** | **Lease of Real Property - Debtor is a co-lessee of real property located at 12 SE 1st Ave., #201, Delray Beach, FL 33444.  The lease commenced on October 15, 2012 and terminates on July 14, 2013.  The monthly payment pursuant to the lease is $1,700.  The Debtor pays his co-tenant, Sherry Marquis, $1,000 per month for his share of the rent and utilities and the co-tenant pays the full rent to the lessor.** |

**0**
___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Marshall Chesrown**                                                          ,      Case No. _____

                                         Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bellerive Investments, LLC**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **Wells Fargo Bank, N.A.**<br>**MAC A0770-020**<br>**1504 Eureka Road, Suite 250**<br>**Roseville, CA 95661**<br>**   Acct. No. 105135** |
| **Black Rock Development, Inc.**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **Robert C. Samuel**<br>**c/o Samuel and Company**<br>**5141 N 40th Street**<br>**Suite 500**<br>**Phoenix, AZ 85018** |
| **Black Rock Development, Inc.**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **NW Boulevard Investments, LLC**<br>**Registered Agent: John Beutler**<br>**1836 Northwest Boulevard**<br>**Coeur D Alene, ID 83814** |
| **Black Rock Development, Inc.**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **Liberty Lake, LLC**<br>**c/o Robert Samuel**<br>**5141 N. 40th St., #500**<br>**Phoenix, AZ 85018** |
| **Black Rock Development, Inc.**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **Idaho Independent Bank**<br>**1260 W. Riverstone Drive**<br>**Coeur D Alene, ID 83814** |
| **Black Rock Development, Inc.**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **Westchester Fire Insurance Company**<br>**John J. Mangan**<br>**ACE USA**<br>**436 Walnut Street**<br>**Philadelphia, PA 19106** |
| **Boardwalk Homes Development, Inc.**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **Wells Fargo Bank, N.A.**<br>**MAC A0770-020**<br>**1504 Eureka Road, Suite 250**<br>**Roseville, CA 95661**<br>**   Acct. No. 103621** |
| **BRN Development, Inc.**<br>**1507 South Lee Street**<br>**Fort Gibson, OK 74434** | **E. Ryker Young, Individually and as**<br>**Trustee of E. Ryker Young Revocable**<br>**Trust**<br>**2448 South Manard Road**<br>**Fort Gibson, OK 74434** |

**2**

____ continuation sheets attached to Schedule of Codebtors

In re     **Marshall Chesrown**                                              ,     Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **BRN Development, Inc.**<br>**1507 South Lee Street**<br>**Fort Gibson, OK 74434** | **Roland E. Casati, Individually and as**<br>**Trustee of the Roland E. Casati**<br>**Revocable Trust, dated 11/2/2005**<br>**255 North Greenbay Road**<br>**Chicago, IL 60602-2417** |
| **CAG Investments, LLC**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **Idaho Independent Bank**<br>**1260 W. Riverstone Drive**<br>**Coeur D Alene, ID 83814** |
| **CAG Investments, LLC**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **Lori Sue Chesrown**<br>**2273 Country Club Loop**<br>**Denver, CO 80237** |
| **Landmark Investments**<br>**1836 Northwest Boulevard**<br>**Coeur D Alene, ID 83814** | **US Bank**<br>**1603 N 4th Street**<br>**Coeur D Alene, ID 83814**<br>   **Acct. No. 5824105695** |
| **MDC Aviation, LLC**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **PNC Bank**<br>**National City Capital**<br>**One PBC Plaza**<br>**249 5th Avenue**<br>**Pittsburgh, PA 15222-2707**<br>   **Acct. No. 81423000** |
| **MDC Aviation, LLC**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **PNC Bank**<br>**National City Capital**<br>**One PBC Plaza**<br>**249 5th Avenue**<br>**Pittsburgh, PA 15222-2707**<br>   **Acct. No. 96924000** |
| **Newport Autosport**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **Levon and Zarouhi Gugasian**<br>**c/o Jacob Gonzales, Esq.**<br>**Waldron & Bragg, LLP**<br>**23 Corporate Plaza, Suite 200**<br>**Newport Beach, CA 92660-7901** |
| **NW Boulevard Investments, LLC**<br>**1836 Northwest Boulevard**<br>**Coeur D Alene, ID 83814** | **US Bank**<br>**1603 N 4th Street**<br>**Coeur D Alene, ID 83814**<br>   **Acct. No. 5824105695** |
| **Riverhouse Development, Inc.**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **Wells Fargo Bank, N.A.**<br>**MAC A0770-020**<br>**1504 Eureka Road, Suite 250**<br>**Roseville, CA 95661**<br>   **Acct. No. 105273** |

Sheet   **1**   of   **2**   continuation sheets attached to the Schedule of Codebtors

In re  **Marshall Chesrown**                                           ,       Case No. _____
                                  Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Riverhouse Development, Inc.**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **Westchester Fire Insurance Company**<br>**John J. Mangan**<br>**ACE USA**<br>**436 Walnut Street**<br>**Philadelphia, PA 19106**<br>  **Bond No. KO7465087** |
| **Robert C. Samuel**<br>**1836 Northwest Boulevard**<br>**Coeur D Alene, ID 83814** | **US Bank**<br>**1603 N 4th Street**<br>**Coeur D Alene, ID 83814**<br>  **Acct. No. 5824105695** |
| **Rockford Bay Investments, LLC**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **Idaho Independent Bank**<br>**1260 W. Riverstone Drive**<br>**Coeur D Alene, ID 83814** |
| **Rockford Bay Investments, LLC**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **Westfall, Kevin**<br>**8 South Gordon Road**<br>**Fort Lauderdale, FL 33301** |
| **Rockford Bay Investments, LLC**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **Mitchell Pierce**<br>**7530 N Shadow Mountain**<br>**Paradise Valley, AZ 85253** |
| **Rockford Bay Investments, LLC**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **Washington Trust Bank**<br>**PO Box 2127**<br>**Spokane, WA 99210-2127** |
| **The Club at Black Rock, LLC**<br>**PO Box 3070**<br>**Coeur D Alene, ID 83816** | **Idaho Independent Bank**<br>**1260 W. Riverstone Drive**<br>**Coeur D Alene, ID 83814** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **Marshall Chesrown**                                                                      Case No. _____
                                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Automotive Consultant** | |
| Name of Employer | **Self Employed** | |
| How long employed | **5 months** | |
| Address of Employer | **12 SE 1st Ave., #201<br>Delray Beach, FL 33444** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **20,000.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| | | | | |
| 3. SUBTOTAL | $ | **20,000.00** | $ | **N/A** |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | **6,500.00** | $ | **N/A** |
|     b.  Insurance | $ | **0.00** | $ | **N/A** |
|     c.  Union dues | $ | **0.00** | $ | **N/A** |
|     d.  Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **6,500.00** | $ | **N/A** |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **13,500.00** | $ | **N/A** |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>       dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **13,500.00** | $ | **N/A** |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **13,500.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
     **The estimated income is a projection of the amount the Debtor anticipates receiving on a month-to-month basis.  As
     of the Petition Date, the Debtor's gross wages was $0.**

B6J (Official Form 6J) (12/07)

In re   **Marshall Chesrown**                                                                Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 3,000.00 |
| a. Are real estate taxes included? | Yes **X** | No ___ | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:      a. Electricity and heating fuel | | $ | 400.00 |
|                         b. Water and sewer | | $ | 100.00 |
|                         c. Telephone | | $ | 150.00 |
|                         d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 350.00 |
| 4. Food | | $ | 1,000.00 |
| 5. Clothing | | $ | 1,000.00 |
| 6. Laundry and dry cleaning | | $ | 600.00 |
| 7. Medical and dental expenses | | $ | 300.00 |
| 8. Transportation (not including car payments) | | $ | 3,000.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 1,500.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|                         a. Homeowner's or renter's | | $ | 132.50 |
|                         b. Life | | $ | 0.00 |
|                         c. Health | | $ | 0.00 |
|                         d. Auto | | $ | 200.00 |
|                         e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|       (Specify)   **Spokane County Real Property Taxes** | | $ | 673.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|                         a. Auto | | $ | 4,031.00 |
|                         b. Other   **WA Trust - Monthly Mortgage Payment** | | $ | 5,695.00 |
|                         c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 1,000.00 |
| 17. Other   **Legal Fees** | | $ | 1,000.00 |
|       Other _____ | | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 24,131.50 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
      **The estimated expenses is a projection of the amount the Debtor anticipates his monthly expenses will be on a month-to-month basis.**

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 13,500.00 |
| b. | Average monthly expenses from Line 18 above | $ | 24,131.50 |
| c. | Monthly net income (a. minus b.) | $ | -10,631.50 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Marshall Chesrown**

_____

Debtor(s)

Case No. _____

Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **105** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 15, 2013**

Signature    **/s/ Marshall Chesrown**

**Marshall Chesrown**

Debtor

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

In re **Marshall Chesrown**                                   Case No.
                                    Debtor(s)        Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐      business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **1/1/13 through 5/15/13** |
| $708,773.00 | **1/1/12 through 12/31/12 - $447,989 from employment from Deerfield Beach Toyota and $260,784 from CNN property sale via RutRo** |
| $514,384.24 | **2011 - $6.39 from employment with Black Rock Properties; $60,087.43 from employment with Mullinax Ford South, Inc.; $105,600 from employment with Deerfield Beach Toyota; $15,914.20 reimbursement from legal fees; and $332,776.22 in distributions** |

B7 (Official Form 7) (04/13)                                                                                                        2

---

**2. Income other than from employment or operation of business**

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business
during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for
each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,020,492.00** | **1/1/12 through 5/15/13 - $77,705 from repayments of personal loans, $72,953 from reimbursement of rents/living expenses, $20,000 from Bear Stearns/JP Morgan private investment distribution, $6,093.05 from Idaho Tax Comission over seized levy amount, $807,352 from legal settlement, $5,600 from 2012 gambling winnings, $15,023.01 Consulting Fee, $9,005.78 from repayment of secured personal loan to RE Investments; & $12,853.35 received from recovery by Riverside Property Investments (defunct entity)** |
| **$47,739.10** | **1/1/12 through 5/15/13 - $61.05 from the City of Fort Lauderdale for Utility Overpayment Refund, $171.47 from the City of Fort Lauderdale for Utility Deposit Refund, $45,970.58 from the US Treasury for 2011 and 2010 tax refunds, and $1,536.00 from other refunds.** |
| **$16,460.00** | **11/21/2012 - Deposit returned to Debtor; lease terminated** |
| **$239,485.53** | **5/15/11 through 12/31/11 - $150,000 private party sale of assets (with $175,000 debt deduction); $3,399 Idaho 2010 Income Tax Refunds; $98.21 Ameritrade 1099s dividends, $205.22 vehicle insurance refunds; $25,000 from sale of wood boat; $60,000 Bear Stearns/JP Morgan private investment distribution; $438.79 from State of Nevada for unclaimed property; $344.31 in other refunds** |

---

**3. Payments to creditors**

None ■  *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or
services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the
aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any
payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under
a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ☐  b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**
immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such
transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on
account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit
budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other
transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **See attached** | | **$79,747.80** | **$0.00** |

None ■  c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                      3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Liberty Lake, LLC v. Black Rock Development, Inc. and Marshall Chesrown Black Rock Development and Marshall Chesrown v. Robert C. SamuelSpokane #10-2-02456-0** | **Commercial Occupancy Dispute and Partnership Management Breach of Fidiciary Duty** | **Spokane County Superior Court, Washington** | **Pending** |
| **CAG Investments, LLC v. Samuel & Company, and Liberty Lake, LLC    #12-2-00958-3 (for notice purposes only as Debtor is not a named party)** | **Manager Breach of Fidiciary Duty** | **Spokane County Superior Court, Washington** | **Pending** |
| **Northwest Boulevard Investments, LLC v. Black Rock Development Inc., and Marshall Chesrown; Marshall Chesrown v. Northwest Boulevard Investments, LLC;  Marshall Chesrown v. Robert Samuel, Landmark Investments, John A. Beutler, John Beutler & Associates #CV-10-11103** | **Commercial Lease Dispute and Landlord Failure to Mitigate Damages** | **Kootenai County District Court, Idaho** | **Dismissed** |
| **Marshall R. Chesrown v. Bailey Saetveit & Co., P.C.; William R. Saetveit -  #2012-CV-69** | **Professional Malpractice** | **Arapahoe County District Court, Colorado** | **Settled and Dismissed** |
| **Levon Gugasian v. Newport Autosport and Marshall Chesrown              CA No. 30-2009-00118777 and ID Case No. CV OC 1117137** | **Lease Dispute/Settleme nt** | **Orange County, CA &   Ada County, ID** | **Charging Order on 3/13/2012** |
| **Robert C. Samuel v. Black Rock Development, Marshall R. Chesrown, Idaho Independent Bank, and Black Rock Homeownwer's Association Case No. CV-12-4492 and Case No. 13-2-00899-2** | **Defaulted note** | **District Court of Kootenai County, Idaho & Spokane Superior Court** | **Judgment Filed/Pending** |
| **Idaho Independent Bank v Marshall R Chesrown, The Club at Black Rock, LLC and CAG Investments, LLC Case No. CV 10-7049** | **Defaulted note** | **District Court of Kootenai County, Idaho** | **Charging Order granted 6/22/12 and second charging order granted 7/23/12** |
| **Idaho Independent Bank v Marshall R Chesrown, The Club at Black Rock, LLC and CAG Investments,LLC Case No. 12-2-02163-0** | **Defaulted note** | **Superior Court of Spokane County, WA** | **Charging Order granted 6/15/12** |
| **Kevin Westfall v. Rockford Bay Investments Case No. 12202592-9** | **Judgment** | **Superior Court, Spokane County, Washington** | **Judgment by Confession** |
| **Kevin Westfall v. Marshall R. Chesrown Case No. 12202591-1** | **Judgment** | **Superior Court, Spokane County, Washington** | **Judgment by Confession** |

B7 (Official Form 7) (04/13)

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **ACI Northwest, Inc v. Avista, River Front Properties, LLC, Kendall Yards Development, Inc. and John Does I - X;**<br>**Case No. 10-02-02903-1** | **Commercial dispute of amounts owed** | **Spokane County Superior Court, WA** | **Pending** |
| **Black Rock Homeowners Association, Inc v. Marshall Chesrown;**<br>**Case No's CV 13-1774, CV 13-1775, CV 13-1776, and CV 13-1777** | **Association Dues** | **Kootenai County District Court, Small Claims Division, ID** | **Judgment on 4/23/2013** |
| **Black Rock Ranch v. Whisper Rock Ranch, LLC (DBA Rome Hill Ranch);**<br>**Case No. CV-11-6830 (for notice purposes only as Debtor is not a named party)** | **Amounts Due** | **Kootenai County District Court, ID** | **Pending** |
| **Robert Samuel and NW Boulevard Investments, LLC v. Landmark Investments and Marshall Chesrown;**<br>**Case No. CV-12-8079** | **Commercial Lease/Management Dispute** | **Kootenai County District Court, ID** | **Pending** |
| **Idaho Independent Bank v Marshall R Chesrown, The Club at Black Rock, LLC and CAG Investments, LLC**<br>**Case No. 7893-CS** | **Defaulted note** | **Delaware Court of Chancery** | **Charging order granted** |
| **Idaho Independent Bank v Marshall R Chesrown, The Club at Black Rock, LLC and CAG Investments, LLC**<br>**Case No. 502012CA016646XXXXMBAN** | **Defaulted note** | **Circuit Court, Palm Beach County, FL** | **Judgment Granted** |

None ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Idaho State Tax Commission**<br>**PO Box 36**<br>**Boise, ID 83722-0410** | **10/17/2012** | **Dividends from State Farm Life Insurance Policy - $19,779.02 and Liquidation of TD Ameritrade Account - $6,093.05.** |

**5. Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sundance Investments**<br>**3405 E. Overland Rd.**<br>**Meridian, ID 83642** | **Approximately 6/2012** | **4 Undeveloped residential lots in Kootenai County, ID.**<br>**Unknown value** |

B7 (Official Form 7) (04/13)                                                                                                                5

---

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| . | | | **Birthday and Christmas gifts in ordinary course.** |

---

**8. Losses**

None ☐    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **2 laptop computers, watch, iPad, briefcase, wallet, personal information, including passport and driver's license with an estimated value of approximately $15,000.00** | **Debtor's vehicle was broken into at restaurant. Loss was not covered by insurance.** | **Approximately 8/15/11** |
| **1 Apple Laptop computer with an estimated value of approximately $2,300** | **Work site break-in. Loss not covered by insurance.** | **Approximately 2/6/12** |
| **Gambling Losses - Debtor estimates at $30,000** | **Las Vegas** | **Various** |

---

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Shraiberg, Ferrara & Landau, P.A. 2385 N.W. Executive Center Drive, #300 Boca Raton, FL 33431** | **3/15/12, 1/17/13** | **3/15/12 - $10,000.00 1/17/13 - $6,469.50** |

B7 (Official Form 7) (04/13)                                                                                                          6

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Davidson Backman Medeiros**<br>**601 W. Riverside Avenue, Suite 1550**<br>**Spokane, WA 99201** | **$5,220.02 from June through December 2012 and $6,362.50 in January and February 2013** | **$11,582.52** |

**10. Other transfers**

None<br>☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Washington Trust Bank**<br>**PO Box 2127**<br>**Spokane, WA 99210**<br>    **Lender** | **6/23/2011** | **Cash proceeds from River Front Properties, LLC settlement in the amount of $400,000.00.** |
| **Kevin Westfall**<br>**8 South Gordon Road**<br>**Fort Lauderdale, FL 33301**<br>    **Lender** | **2/29/12** | **Security interest in membership interest in Cougar Bay Ridge Water, LLC and interest in the Bear Stearns Private Equity Opportunity Fund II, LP transferred to Keven Westfall.  Debtor estimates value of the aforementioned is approximately $214,000.** |
| **Marshall Chesrown Irrevocable Trust**<br>**c/o Trustee, John Layman**<br>**601 South Division Street**<br>**Spokane, WA 99202** | **6/8/2012** | **State Farm Life Insurance Policy; Debtor estimates value of aforementioned at $35,000.00.** |
| **Meagan Coates**<br>**4105 Yuma Drive**<br>**Madison, WI 53711**<br>    **Daughter of Debtor** | **5/15/2011 through 5/15/2013** | **Sum of $3,840 paid for the benefit of Meagan Coates** |
| **Jeannine McLaughlin**<br>**201 S. Legend Tree Drive**<br>**Liberty Lake, WA 99019**<br>    **Mother of Debtor** | **7/1/2011 and 7/16/2012** | **Sum of $836 paid for the benefit of Jeannine McLaughlin on July 1, 2011 and sum of $886 paid for the benefit of Jeannine McLaughlin on July 16, 2012** |

None<br>■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                      7

---

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **TD Ameritrade**<br>**4075 Sorrento Valley Blvd.**<br>**San Diego, CA 92121** | **Brokerage Acct No. ending 8611** | **Liquidated 10/2012 by Idaho Tax Commission levy, $0 balance at time of closing** |
| **Bank CDA**<br>**912 Northwest Blvd.**<br>**Coeur D Alene, ID 83814** | **Checking Account No. ending 8835 for benefit of Debtor** | **Closed 1/2013, $0 balance at time of closing** |
| **Gesa Credit Union** | | **Closed:  May 2012, $0 balance at time of closing** |

---

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Judy Hjelseth**<br>**8433 Smuggler's Cove Lane S.W.**<br>**Mukilteo, WA 98275** | **Hjelseth Irrevocable Trust.  Debtor is Trustee of this trust.** | **Washington** |

---

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3652 W. Shoreview Lane, Coeur d'Alene, Idaho** | **Marshall Chesrown / Rockford Bay Investments, LLC** | **2/15/08 through 5/15/11** |
| **4211 Melissa Lane, Dallas, Texas** | **Marshall Chesrown** | **5/15/11 through 6/30/11** |

---

B7 (Official Form 7) (04/13)                                                                                                                    8

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **200 SE 10th Terrace, Fort Lauderdale Florida** | **Marshall Chesrown** | **7/1/11 through 10/31/11** |
| **4006 S. Ocean Boulevard, Highland Beach, Florida** | **Marshall Chesrown** | **11/1/11 through 10/31/12** |
| **12 SE 1st Ave., #201, Delray Beach, FL 33444** | **Marshall Chesrown** | **11/1/12 through present** |

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                              9

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Black Rock Aviation, LLC** | 84-1522321 | **PO Box 3070 Coeur D Alene, ID 83816** | **Commercial Real Estate** | **11/4/99-12/31/08** |
| **Black Rock Construction Group, Inc.** | 20-4476889 | **PO Box 3070 Coeur D Alene, ID 83816** | **Building & Construction** | **3/6/06 - 12/31/09** |
| **Black Rock Development, Inc.** | 82-0524899 | **PO Box 3070 Coeur D Alene, ID 83816** | **Real Estate Development** | **7/1/2000 - Present** |
| **Black Rock Investments, Inc.** | 82-0515477 | **PO Box 3070 Coeur D Alene, ID 83816** | **Real Estate Investment** | **7/23/99 - 12/31/10** |
| **Black Rock Landscape, Inc.** | 20-1903148 | **PO Box 3070 Coeur D Alene, ID 83816** | **Landscape Service** | **1/1/05 - Present** |
| **Black Rock Marina, Inc.** | 84-1516520 | **PO Box 3070 Coeur D Alene, ID 83816** | **Restaurant and C-Store** | **9/24/99 - 9/30/10** |
| **Black Rock Realty, Inc.** | 20-2751532 | **PO Box 3070 Coeur D Alene, ID 83816** | **Real Estate** | **4/7/05 - 12/31/09** |
| **Bellerive Investments, LLC** | 20-4005817 | **PO Box 3070 Coeur D Alene, ID 83816** | **Real Estate Investment- Single Asset Real Estate** | **11/18/05 - Present** |
| **Boardwalk Homes Development, Inc.** | 20-4007558 | **PO Box 3070 Coeur D Alene, ID 83815** | **Real Estate Development - Single Asset Real Estate** | **11/18/05 - Present** |
| **BRMC Development, Inc.** | 20-3664007 | **PO Box 3070 Coeur D Alene, ID 83816** | **Real Estate Development - Single Asset Real Estate** | **9/30/05 - 5/31/11** |
| **BRMC Investments, LLC** | 20-3986759 | **PO Box 3070 Coeur D Alene, ID 83816** | **Real Estate Investment - Single Asset Real Estate** | **11/8/05 - 5/19/11** |
| **BRMC Properties, LLC** | 77-0588882 | **PO Box 3070 Coeur D Alene, ID 83816** | **Real Estate Investment - Single Asset Real Estate** | **4/1/02 - 12/31/09** |
| **BRN Development, Inc.** | 20-4649319 | **PO Box 3070 Coeur D Alene, ID 83816** | **Real Estate Development - Single Asset Real Estate** | **4/3/06 - 12/31/10** |
| **BRN Investments, LLC** | 20-4007132 | **PO Box 3070 Coeur D Alene, ID 83816** | **Real Estate Investment - Single Asset Real Estate** | **11/18/05 - 12/31/10** |
| **CAG Investments, LLC** | 84-1262881 | **PO Box 3770 Coeur D Alene, ID 83816** | **Real Estate Investment** | **12/8/97 - Present** |

B7 (Official Form 7) (04/13)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Complete Car Care, LLC | 88-0430891 | PO Box 3070 Coeur D Alene, ID 83816 | Auto Service Contracts | 4/14/99 - 2/28/09 |
| Cougar Bay Ridge Water, LLC | 20-1332879 | PO Box 3770 Coeur D Alene, ID 83816 | Utility Service | 1/1/05 - Present |
| Courtyard Homes Development, Inc. | 20-4007733 | PO Box 3070 Coeur D Alene, ID 83816 | Real Estate Development - Single Asset Real Estate | 11/18/05 - 12/31/08 |
| Kendall Yards Development, Inc. | 20-4181941 | PO Box 3070 Coeur D Alene, ID 83816 | Real Estate Development - Single Asset Real Estate | 1/9/06 - 12/31/09 |
| Knox Road Land, LLC | 20-3745679 | 5141 N. 40th Street, #500 Phoenix, AZ | Real Estate Investment - Single Asset Real Estate | 10/25/05 - Present |
| Legacy Ridge Development, Inc. | 75-3115557 | PO Box 3770 Coeur D Alene, ID 83816 | Real Estate Development - Single Asset Real Estate | 5/12/03 - Present |
| MDC Aviation, LLC | 20-1841771 | PO Box 3070 Coeur D Alene, ID 83816 | Aviation Rental | 9/7/04 - 5/31/10 |
| NW Boulevard Investments, LLC | 20-2751439 | 1836 Northwest Blvd. Coeur D Alene, ID 83816 | Real Estate Investment | 4/25/05 - Present |
| NW Properties, LLC | 20-1642785 | PO Box 3070 Coeur D Alene, ID 83816 | Real Estate Investment | 10/05/04 - 5/17/10 |
| Parkside Homes Development, Inc. | 26-2523466 | PO Box 3070 Coeur D Alene, ID 83816 | Real Estate Development - Single Asset Real Estate | 4/23/08 - 12/31/09 |
| RE Development, Inc. | 20-4007900 | PO Box 3070 Coeur D Alene, ID 83816 | Real Estate Development - Single Asset Real Estate | 11/18/05 - 12/31/10 |
| RE Investments, LLC | 20-4007336 | PO Box 3070 Coeur D Alene, ID 83816 | Real Estate Investment - Single Asset Real Estate | 11/18/05 - Present |
| River Front Properties, LLC | 20-2026523 | PO Box 3070 Coeur D Alene, ID 83816 | Real Estate Investment - Single Asset Real Estate | 1/1/05 - 12/31/11 |
| River House Development, Inc. | 20-4008021 | PO Box 3770 Coeur D Alene, ID 83816 | Real Estate Development - Single Asset Real Estate | 11/18/05 - Present |
| Riverside Property Investments, LLC | 84-1550910 | PO Box 3070 Coeur D Alene, ID 83816 | Commercial Real Estate | 6/3/2000 - 2/28/09 |
| RM Holdings, Inc. | 20-3826358 | PO Box 3070 Coeur D Alene, ID 83816 | Real Estate Mortgage | 11/3/05 - 12/31/08 |
| Rockford Bay Investments, LLC | 82-0514581 | PO Box 3070 Coeur D Alene, ID 83816 | Real Estate Investment | 7/8/99 - Present |
| RutRo, LLC | 20-3018619 | PO Box 3070 Coeur D Alene, ID 83816 | Real Estate | 6/7/05 - 2/29/12 |
| The Club at Black Rock, LLC | 82-0524896 | PO Box 3070 Coeur D Alene, ID 83816 | Golf Course | 8/1/00 - 12/31/11 |
| The Ridge at Black Rock, Inc. | 20-5740698 | PO Box 3070 Coeur D Alene, ID 83816 | Real Estate Development - Single Asset Real Estate | 5/27/04 - 8/31/10 |
| SCAG, Inc. | 91-1967558 | PO Box 3070 Coeur D Alene, ID 83816 | Automobile Dealer | 3/31/99 - 2/28/09 |

B7 (Official Form 7) (04/13)                                                                                                                    11

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Seltice Medical Investments, LLC** | 20-5640911 | PO Box 3070 Coeur D Alene, ID 83816 | **Real Estate Rental - Single Asset Real Estate** | 9/27/06 - 12/31/08 |
| **Atlas Investments, LLC** | 20-0600767 | PO Box 3070 Coeur D Alene, ID 83816 | **Real Estate Investment - Debtor is not a member of Atlast Investments, LLC.  Rutro was an 80% member of Atlas Investments, LLC and Debtor had a 75% interest in RutRo.** | 7/22/09 - 12/31/10 |
| **Black Rock Properties, LLC** | 26-3768709 | PO Box 3070 Coeur D Alene, ID 83816 | **Real Estate - Debtor is a member and has 1% interest in same** | 5/1/09 - Present |
| **BRN Lakeview Joint Venture** | 26-2445460 | PO Box 3070 Coeur D Alene, ID 83816 | **Real Estate Development - Debtor had a 72% interest in BRN Lakeview Joint Venture** | 4/22/08 - 12/31/10 |
| **CNN Investments, LLC** | 20-3041844 | PO Box 3070 Coeur D Alene, ID 83816 | **Real Estate Investment - Debtor is not a member and has less than 5% interest in same** | 6/21/05 - 2/29/12 |
| **Black Rock Ranch, LLC** | 82-0525291 | PO Box 3070 Coeur D Alene, ID 83816 | **Horse Breeding & Training** | 8/23/2000 - 9/20/10 |
| **Orange Roll, LLC** | 20-8002718 | PO Box 3070 Coeur D Alene, ID 83816 | **Real Estate Investment - Debtor is not a member and has less than 5% interest in same** | 11/13/06 - 12/31/08 |
| **The Mill Sites, LLC** | 20-5079752 | PO Box 3070 Coeur D Alene, ID 83816 | **Real Estate Investment - Debtor is not a member and has less than 5% interest in same** | 6/6/06 - 5/17/10 |
| **Spyglass Investments, LLC** | 26-3109899 | PO Box 3070 Coeur D Alene, ID 83816 | **Real Estate Investment - Debtor is not a member and had 1% interest in same** | 8/5/08 - 12/31/10 |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.


NAME                                    ADDRESS

---

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

B7 (Official Form 7) (04/13)                                                                                    12

**19. Books, records and financial statements**

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐  supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Marshall Chesrown**<br>**1001 N. Legacy Ridge Drive**<br>**Liberty Lake, WA 99019** | **Various** |
| **Chad Rountree**<br>**1001 N. Legacy Ridge Dr.**<br>**Liberty Lake, WA 99019** | **Various** |
| **Nancy Nick**<br>**1001 N. Legacy Ridge Dr.**<br>**Liberty Lake, WA 99019** | **Various** |
| **Anton Collins Mitchell LLP**<br>**300 E. 17th Avenue, Suite 600**<br>**Denver, CO 80203** | **Various** |

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐  of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Marshall Chesrown** | **1001 N. Legacy Ridge Dr.**<br>**Liberty Lake, WA 99019** | **Various** |
| **Chad Rountree** | **1001 N. Legacy Ridge Drive**<br>**Liberty Lake, WA 99019** | **Various** |

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐  of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Marshall Chesrown** | **1001 N. Legacy Ridge Drive**<br>**Liberty Lake, WA 99019** |
| **Chad Rountree** | **1001 N. Legacy Ridge Dr.**<br>**Liberty Lake, WA 99019** |
| **Nancy Nick** | **1001 N. Legacy Ridge Drive**<br>**Liberty Lake, WA 99019** |
| **Anton Collins Mitchell LLP** | **303 E. 17th Avenue, Suite 600**<br>**Denver, CO 80203** |

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐  issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Idaho Independent Bank**<br>**1260 W. Riverstone Drive**<br>**Coeur D Alene, ID 83814** | **10/27/11, 7/7/11, 9/20/10, and 2/20/13** |
| **Westchester Fire Insurance Company**<br>**c/o Marilyn Klinger**<br>**Sedgwick Detert Moran & Arnold LLP**<br>**801 S. Figueroa Street, 19th Floor**<br>**Los Angeles, CA 90017** | **9/13/11** |

B7 (Official Form 7) (04/13)                                                                                                      13

NAME AND ADDRESS                              DATE ISSUED
**PNC Finance**                               **11/17/11**
**National City Capital**
**One PBC Plaza**
**249 Fifth Avenue**
**Pittsburgh, PA 15222**

**Levon Gugasian**                            **6/14/2011**
**1550 Bank of America Financial Center**
**601 W. Riverside Avenue**
**Spokane, WA 99201**

---

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May 15, 2013**                               Signature    **/s/ Marshall Chesrown**

                                                                  **Marshall Chesrown**
                                                                  Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

SOFA, #3b

**PERSONAL EXPENSES SINCE 2-15-13**

| TYPE | PAID TO | DATE | AMOUNT | STILL OWE | PURPOSE | ADDRESS |
|------|---------|------|--------|-----------|---------|---------|
| *BANK OF TEXAS ACCOUNT* | | | | | | |
| Paypal | Paypal | 3/7/2013 | $1,090.29 | $0.00 | American Airlines | NA |
| Paypal | Paypal | 3/7/2013 | $73.98 | $0.00 | Personal Items | NA |
| Paypal | Paypal | 3/27/2013 | $400.00 | $0.00 | Sport coat | NA |
| Paypal | Paypal | 3/25/2013 | $81.00 | $0.00 | Personal Items | NA |
| Debit | Bank of Texas | 4/9/2013 | $15.00 | $0.00 | Service Charge | PO Box 29775, Dallas, TX 75229 |
| Paypal | Paypal | 4/29/2013 | $47.46 | $0.00 | Personal Items | NA |
| Debit | Bank of Texas | 5/9/2013 | $15.00 | $0.00 | Service Charge | PO Box 29775, Dallas, TX 75229 |
| *CAPITOL ONE ACCOUNT* | | | | | | |
| Temp #1 | American Express | 2/27/2013 | $4,517.50 | $0.00 | charges | PO Box 650448, Dallas, TX 75265-0448 |
| Temp #2 | Cash | 2/27/2013 | $4,500.00 | $0.00 | cash | NA |
| Temp #3 | Jay Goodart | 2/28/2013 | $9,000.00 | $0.00 | Jan-Mar Texas share of rent | PO BOX 543069 Grand Prairie, TX 75052 |
| Temp #4 | Spokane County Treasurer | 2/28/2013 | $8,131.06 | $0.00 | Lib Lake Prop Taxes | PO Box 199, Spokane, WA 99210-0199 |
| Auto pay | MBFS | 3/10/2013 | $4,031.47 | $0.00 | Car lease pmt | PO Box 685, Roanoke, TX 76262 |
| Paypal | Paypal | 3/5/2013 | $59.25 | $0.00 | personal | NA |
| #101 | J. Dillon | 3/8/2013 | $1,100.00 | $0.00 | Cash in Vegas | 2480 Harbot Blvd Costa Mesa Ca. 92626 |
| ATM | ATM | 3/7/2013 | $503.75 | $0.00 | Cash in Vegas | NA |
| #102 | Cash | 3/8/2013 | $5,000.00 | $0.00 | Cash in Vegas | NA |
| #103 | Chase Visa | 3/8/2013 | $2,500.00 | $0.00 | Cash in Vegas | PO Box 94014, Palatine, IL 60094-4014 |
| Debit | Gas | 3/14/2013 | $52.85 | $0.00 | Gas | NA |
| Debit | Florist | 3/19/2013 | $184.70 | $0.00 | Flowers for funeral | NA |
| Debit | Frontier Airlines | 3/19/2013 | $587.60 | $0.00 | Flight | 7001 Tower Road, Denver, CO 80249-7312 |
| Debit | Priceline | 3/19/2013 | $134.14 | $0.00 | Rental car Spokane 3/8/13 | NA |
| Debit | American Airlines | 3/20/2013 | $655.90 | $0.00 | Flight | NA |
| Debit | American Airlines | 3/20/2013 | $435.89 | $0.00 | Flight | NA |
| Debit | Gas | 3/20/2013 | $38.73 | $0.00 | Gas | NA |
| Auto pay | American Express | 3/21/2013 | $3,763.90 | $0.00 | charges | PO Box 650448, Dallas, TX 75265-0448 |
| Auto pay | Chase Visa | 3/21/2013 | $300.00 | $0.00 | charges | PO Box 94014, Palatine, IL 60094-4014 |
| Auto pay | HSBS Mastercard | 3/21/2013 | $100.00 | $0.00 | charges | PO Box 49354, San Jose, CA 95161-9354 |
| Debit | Gas | 3/22/2013 | $40.26 | $0.00 | Gas | NA |
| Debit | Bullysticks | 3/22/2013 | $107.95 | $0.00 | Dog treats | NA |
| #104 | Sherry Marquis | 3/25/2013 | $1,000.00 | $0.00 | Rent | 12 SE 1ST ST. #201 DELRAY BEACH FL 33444 |
| Debit | Gas | 3/26/2013 | $61.54 | $0.00 | Gas | NA |
| #105 | Chris Dawes (LottnerRubinFishmanBrown+Saul, P.C.) | 3/27/2013 | $55.00 | $0.00 | Attorney fee's | 633 17th Street, Suite 2700, Denver CO 80202 |

| TYPE | PAID TO | DATE | AMOUNT | STILL OWE | PURPOSE | ADDRESS |
|------|---------|------|--------|-----------|---------|---------|
| Auto pay | MBFS | 4/10/2013 | $4,031.47 | $0.00 | Lease car payment | PO Box 685, Roanoke, TX 76262 |
| #106 | CAG | 4/18/2013 | $10,031.00 | | Capitol | PO Box 3070 Coeur d Alene, Idaho 83816 |
| #107 | Sherry Marquis | 4/18/2013 | $1,000.00 | | Delray Beach residence rent | 12 SE 1ST ST. #201 DELRAY BEACH FL 33444 |
| #108 | Washington Trust Bank | 4/18/2013 | $5,695.38 | | Liberty Lake house payment | |
| #109 | K&L Gates LLP | 4/18/2013 | $90.00 | $0.00 | Legal expense estate plan | 618 West Riverside #300 Spokane WA 99201 |
| Debit | The Mercury | 4/18/2013 | $333.00 | $0.00 | Dinner | NA |
| Debit | The Mercury | 4/19/2013 | $313.00 | $0.00 | Dinner | NA |
| Debit | PK Liquors | 4/20/2013 | $90.91 | $0.00 | Liquor | NA |
| Debit | Costco | 4/20/2013 | $916.05 | $0.00 | Food, Dog Food etc | NA |
| Debit | City Market | 4/20/2013 | $80.74 | $0.00 | Food | NA |
| Debit | Perrys | 4/24/2013 | $93.00 | $0.00 | Dinner | NA |
| Debit | Paypal | 4/25/2013 | $624.00 | $0.00 | Clothing | NA |
| Debit | Mercury | 4/24/2013 | $400.00 | $0.00 | Dinner | NA |
| Debit | Hillstone | 4/26/2013 | $365.00 | $0.00 | Dinner | NA |
| Debit | Gas | 4/27/2013 | $95.00 | $0.00 | Gas | NA |
| Debit | Chops | 4/28/2013 | $183.00 | $0.00 | Dinner | NA |
| Debit | OB House | 4/29/2013 | $38.00 | $0.00 | Breakfast | NA |
| Debit | Big City tavern | 4/30/2013 | $50.00 | $0.00 | Lunch | NA |
| Debit | Frank and Dinos | 4/30/2013 | $290.00 | $0.00 | Dinner | NA |
| Debit | Chima | 5/1/2013 | $270.00 | $0.00 | Dinner | NA |
| Debit | Fed-X Office | 5/2/2013 | $22.00 | $0.00 | Fax | NA |
| Debit | Shell | 5/3/2013 | $27.85 | $0.00 | Gas | NA |
| Debit | Anthonys Pizza | 5/3/2013 | $26.00 | $0.00 | Lunch | NA |
| Debit | Exxon | 5/4/2013 | $42.01 | $0.00 | Gas | NA |
| Debit | Shinsei | 5/4/2013 | $221.52 | $0.00 | Dinner | NA |
| Debit | Valero | 5/5/2013 | $49.62 | $0.00 | Gas | NA |
| Debit | Seafood Shack | 5/5/2013 | $77.00 | $0.00 | Lunch | NA |
| Debit | Teskeys | 5/5/2013 | $1,331.38 | $0.00 | Clothes/Gift | NA |
| Debit | Rex's Seafood | 5/9/2013 | $283.00 | $0.00 | Dinner | NA |
| Auto pay | MBFS | 5/10/2013 | $4,031.47 | $0.00 | Lease car payment | PO Box 685, Roanoke, TX 76262 |
| Debit | American Express | 5/14/2013 | $62.18 | $0.00 | LA Fitness/Sirius Radio | PO Box 650448, Dallas, TX 75265-0448 |

$79,747.80

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Marshall Chesrown**                        Case No. _____

                                     Debtor(s)            Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Washington Trust Bank** | **Describe Property Securing Debt:**<br>**Real Property and Improvements located at 201 S. Legend Tree Drive, Liberty Lake, WA 99019 (known as the Liberty Lake Residence).**<br><br>**Tax Parcel No. 55222.1105**<br>**Lot 5 Block 11 Legacy Ridge PUD** |

Property will be (check one):
     ☐ Surrendered                 ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ■ Reaffirm the debt
     ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ☐ Claimed as Exempt                 ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                         Page 2

| Property No. 2 | |
| --- | --- |
| **Creditor's Name:**<br>**Westfall, Kevin** | **Describe Property Securing Debt:**<br>**Real Property and Improvements located at 201 S. Legend Tree Drive, Liberty Lake, WA 99019 (known as the Liberty Lake Residence).**<br><br>**Tax Parcel No. 55222.1105**<br>**Lot 5 Block 11 Legacy Ridge PUD** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**Mercedez Benz Financial** | **Describe Leased Property:**<br>**Automobile Lease - Debtor is Lessee of a 24 month automobile lease for a Mercedes SL63 that commenced on November 10, 2012.  The monthly payments are $4,031.47.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

| Property No. 2 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**Ocean City Place, LLC** | **Describe Leased Property:**<br>**Lease of Real Property - Debtor is a co-lessee of real property located at 12 SE 1st Ave., #201, Delray Beach, FL 33444.  The lease commenced on October 15, 2012 and terminates on July 14, 2013.  The monthly payment pursuant to the lease is $1,700.  The Debtor pays his co-tenant, Sherry Marquis, $1,000 per month for his share of the rent and utilities and the co-tenant pays the full rent to the lessor.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

B8 (Form 8) (12/08)                                                                                                                          Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **May 15, 2013**                                    Signature   **/s/ Marshall Chesrown**

                                                                      **Marshall Chesrown**
                                                                      Debtor

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Marshall Chesrown**

_____
Debtor(s)

Case No. _____

Chapter  **7**  _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Marshall Chesrown** | X **/s/ Marshall Chesrown** | **May 15, 2013** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Marshall Chesrown**        Case No. _____

                        Debtor(s)       Chapter     **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **May 15, 2013**            **/s/ Marshall Chesrown**

                                    **Marshall Chesrown**

                                    Signature of Debtor

734 Wise County Partners
c/o Rick A. Gray, Jr.
1900 Cedar Springs Road
Dallas, TX 75201


A to Z Rentals
10903 E. Sprague Avenue
Spokane, WA 99206


Abbotswood Design Group, Inc.
PO Box 3267
Coeur D Alene, ID 83816


Ace Hardware - PF & Hayden
PO box 1478
Post Falls, ID 83854


ACI Northwest, Inc.
6600 North Government Way
Coeur D Alene, ID 83814


Adam Deadmarsh
519 Backcountry Lane
Highlands Ranch, CO 80126


Adam Springel
2475 Village View Dr.
Sutie 250
Henderson, NV 89074


Affordable Tree Service, LLC
South 793 Rainbow Road
Coeur D Alene, ID 83814


Allan Roy
4308 S Conklin Road
Greenacres, WA 99016


Allan Youngberg
7725 Briza Placida
San Diego, CA 92127


American Bank
PO Box 1970
Bozeman, MT 59771-1970

American Ranch Designs
150 Willow Creek Drive, #104
Weatherford, TX 76086


Andrew Goulder
40415 N 112th Way
Scottsdale, AZ 85262


Anthony Merritt
5301 S. Superstition Mtn Dr.
Suite 104 PMB 477
Gold Canyon, AZ 85218


Arrow Construction Supply Inc.
PO Box 1113
Spokane, WA 99211-1133


Arthur E. Gordon III
19175 Palm Vista
Yorba Linda, CA 92886


Arthur E. Gordon Jr.
3600 W Shoreview Lane
Coeur D Alene, ID 83814


Atlas Coeur d' Alene Fiber Fuels
16620 West Prairie Ave
Post Falls, ID 83854


Avcard
PO Box 79682
Baltimore, MD 21279-0682


Avista Utilities
MSC-57
PO Box 3727
Spokane, WA 99220-3727


Bailey Saetveit
7951 East Maplewood Avenue
Suite 327
Englewood, CO 80111

Bank of Whitman
PO Box 270
201 S. Main Street
Colfax, WA 99111


Barry Moore
4211 Lorraine Ave
Dallas, TX 75205


Bellerive Investments, LLC
PO Box 3070
Coeur D Alene, ID 83816


Black Rock Development, Inc.
PO Box 3070
Coeur D Alene, ID 83816


Black Rock HOA
c/o Association Services, Inc.
1250 Ironwood Drive, Ste 330
Coeur D Alene, ID 83814


Boardwalk Homes Development, Inc.
PO Box 3070
Coeur D Alene, ID 83816


Bob Riggs
12775 N 71st Ave
Peoria, AZ 85381


Brad Adams
107 S. La Senda
Laguna Beach, CA 92651


Brad Graves
2091 Kerr Gulch Road
Evergreen, CO 80439


Brad Mason
6284 Strada Fragante
Rancho Santa Fe, CA 92091


Brendan Riccobene
10673 E Wingspan Way
Scottsdale, AZ 85255

Brian Hubbel
1701 E Westminster
Spokane, WA 99223


Brian O'Toole
1324 N Liberty Lake Blvd.
#232
Liberty Lake, WA 99019


BRN Development, Inc.
1507 South Lee Street
Fort Gibson, OK 74434


Bruce Becker
2605 South Decatur Blvd.
Suite 218
Las Vegas, NV 89102


Bruce Vail
40th Street Trucking LLC
P.O. Box 62345
Phoenix, AZ 85082


Bud Dock & Ann Nugent
6917 Corte Spagna
Rancho Santa Fe, CA 92091


Bud Stanley
27795 North 100th Way
Scottsdale, AZ 85262


C. Wayne Riggs
Riggs Companies
7537 W. Mountain View Rd
Peoria, AZ 85345


CAG Investments, LLC
PO Box 3070
Coeur D Alene, ID 83816


Camtek, Inc.
PO Box 6520
Spokane, WA 99217

Caren McCutcheon Furbeyre
2021 S. Abrams Ct.
Spokane, WA 99203


Carl B. Grether
1232 Vista Del Cima
Camarillo, CA 93010


Carol Lindsay
15041 S 19th Way
Phoenix, AZ 85048


Centra Consulting, Inc.
413 W. Idaho, Suite 302
Boise, ID 83702


Charles Dunn
P.O. Box 2056
6658 Las Colinas
Rancho Santa Fe, CA 92067


Charles Eisen & Associates
595 South Broadway
103 W
Denver, CO 80209


Charles Vester
1715 S Sierra Vista
Tempe, AZ 85281


Christain Young
P.O. Box 569
Rumson, NJ 07760


Chuck Blackmon & Susan Kauffman
10639 E. Mark Lane
Scottsdale, AZ 85262


Clearwater Summit Group
PO Box 6470
Spokane, WA 99217


Clifford Findlay
310 N Gibson Road
Henderson, NV 89014

Clifford Herbstman
10922 East Salero Drive
Scottsdale, AZ 85262


Clifton Cooke
18669 Via Catania
Rancho Santa Fe, CA 92091


Clinton Johnson
3340 - 259th Place SE
Sammamish, WA 98075


Cloud Nine Comforts
6100 4th Avenue South, #587
Seattle, WA 98108


CNH Capital
PO Box 3900
Lancaster, PA 17604


Craig & Lorna Ball
73-397 Grapevine Street
Palm Desert, CA 92260


Craig Fallon
10131 NE 66th Lane
Kirkland, WA 98033


Creative Endeavors
c/o James Edwards
1791 S Stach Road
Coeur D Alene, ID 83814


Crow's Feet
PO Box 602
Saint Maries, ID 83861


Cryomist Equine Therapy
PO Box 55804
Houston, TX 77255-5804


Danny Nelson
8753 E. Bell Road
Suite 110
Scottsdale, AZ 85260

Darrel W. Wright
78-100 Masters Circle
La Quinta, CA 92253


Daryl Wolfswinkel
18029 S Restful Way
Coeur D Alene, ID 83814


Dave Martin
6614 W. Iroquois Drive
Spokane, WA 99208


David Chapman
Chapman Financial Services
P.O. Box 7100
Coeur D Alene, ID 83816


David Coombs
S 6404 Auer St
Spokane, WA 99223


David Cox
13619 N. Woodside Drive
Fountain Hills, AZ 85268


David Gannon
8700 Sherwood Bluff
Eden Prairie, MN 55347


David Hahn
400 Tenth Street
Coronado, CA 92118


David Klaue
Empire Lumber Co.
c/o David Klaue
14 E Main Ave
Spokane, WA 99202


David Kuo & Bess Chang
11777 Oakland Hills Drive
Las Vegas, NV 89141

David Parker
E2 Financial Distributors
2505 Anthem Village Drive
Suite E #486
Henderson, NV 89052


David Phifer
9007 300th Street NW
Stanwood, WA 98292


DCI Engineers
601 W. Riverside, #660
Spokane, WA 99201


DCPAH
4125 Beaumont Road
Lansing, MI 48910


Delbert Lewis
5400 E Valle Vista Road
Phoenix, AZ 85018


Denise DelRossi
5423 Grand Park Place
Boca Raton, FL 33486


Denny Ryerson
7250 N 16th St
#410
Phoenix, AZ 85020


Design Workshop, Inc.
1390 Lawrence Street, Suite 200
Denver, CO 80204


Divcon, Inc.
12609 E. Pinecroft Way
Spokane, WA 99216


Donald Bechen
Royal Oaks Investments Ltd.
800 NE Parkway Dr.
Suite 100
Vancouver, WA 98662

Douglas Chadderdon
204 N. Lake View Drive
Coeur D Alene, ID 83814


Douglas Harper
785 Canyon Park Ave.
Twin Falls, ID 83301


Douglas McKnight
5828 Onyx Circle
Coeur D Alene, ID 83814


Douglas Pfrimmer
P.O. Box 171
Forest, MS 39074


Douglas R. Stewart
W. 711 Shoshone Place
Spokane, WA 99203


Dr. Bret Dirks
2410 E. Summit Drive
Coeur D Alene, ID 83815


Dr. Charles Fritch
12200 Snow Road
Bakersfield, CA 93314


Dr. David King
413 Sunlight Way
Canon City, CO 81212


Dr. David Russell
5574 Onyx Circle
Coeur D Alene, ID 83814


Dr. Edward Wall
60 Zand Lane
Alamo, CA 94507


Dr. Gary F. Simpson
2264 N 39th Circle
Mesa, AZ 85215

Dr. Geoffrey Glovsky
15317 E. Firerock Country Club
Fountain Hills, AZ 85268


Dr. Jack Mannix
San Juan Animal Hospital
32391 San Juan Creek Road
San Juan Capistrano, CA 92675


Dr. Jeffrey Larson
3766 W Shoreview Ln
Coeur D Alene, ID 83814


Dr. Jeffrey McDonald
4320 E. Burchell Dr.
Hayden Lake, ID 83835


Dr. John Thomas
22274 E. Bennett Lane
Liberty Lake, WA 99019


Dr. Kevin Mueller
25917 N. 49th Lane
Phoenix, AZ 85083


Dr. Mark Kontos
2516 Summit Drive
Coeur D Alene, ID 83815


Dr. Martin Feldman
22325 N. 97th St.
Scottsdale, AZ 85255


Dr. Peter C. Farrell
7220 Romero Drive
La Jolla, CA 92037


Dr. R. Merrel Olesen
6310 W Onyx Circle
Coeur D Alene, ID 83814


Dr. Ralph Berg
5112 S St. Andrews Lane
Spokane, WA 99223

Dr. Reed Day & Ms. Cheri Brady
53 N Country Club Drive
Phoenix, AZ 85014


Dr. Richard Schatz
4551 Rancho Del Mar Trail
San Diego, CA 92130


Dr. Robert Averill
P.O. Box 2467
Rancho Santa Fe, CA 92067


Dr. Robert Henderson
3945 Old Toll Road
Altadena, CA 91001


Dr. Robert Mahanti
1265 E Appalachian Drive
Flagstaff, AZ 86004


Dr. Thomas Mattern
12618 S 38th Street
Phoenix, AZ 85044


Dr. William Kim
449 Calle De Aragon
Redondo Beach, CA 90277


Drs. Jeffrey & Leanne Ager
4712 E 40th Court
Spokane, WA 99223


Du Graf Assc, Inc.
2233 15th Ave W
Seattle, WA 98119


Dusty Hamrick
37 Inverary
Dove Canyon, CA 92679


E. Ryker Young
24481 S Manard Road
Fort Gibson, OK 74434

E. Ryker Young, Individually and as
Trustee of E. Ryker Young Revocable
Trust
2448 South Manard Road
Fort Gibson, OK 74434


Eastern Accents
Department 2040
PO Box 87618
Chicago, IL 60680


Ed Brett
900 North Heritage Drive Suit
Ridgecrest, CA 93555


Edward Mylett
16296 Domani Terrace
Chino Hills, CA 91709


EKS&H
7979 E. Tufts Avenue, Suite 400
Denver, CO 80237


Eric Hedlund
P.O. Box 3741
Coeur D Alene, ID 83816


Eugene Kryger
3000 Everwell Bay Lane
Coeur D Alene, ID 83814


F. Terry Eger
P.O. Box 1624
Los Altos Hills, CA 94023


Felsburg Holt & Ullevig, Inc.
6300 South Syracuse Way, Suite 600
Englewood, CO 80111


Fighting Creek Materials, Inc.
23100 South Hwy 95
Coeur D Alene, ID 83814

FL Dept of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399

Fodge Pulp, Inc.
PO Box 179
Bonners Ferry, ID 83805

Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101

Francis Cash
4736 S. Threemile Point Drive
Coeur D Alene, ID 83814

Frank Bibby
14760 Caminito Porta Delgada
Del Mar, CA 92014

Frank W. Harrison
3838 Oak Lawn Avenue
Suite 1000
Dallas, TX 75219

Frederick Martin
10351 N. Gibson Road
Hayden Lake, ID 83835

Gale Contractor Services, Inc.
11784 North Reed Road
Hayden, ID 83835

Garrett Peyton
17495 S Flint Ct.
Coeur D Alene, ID 83814

Gary Hebener
3837 Palmer Drive
Coeur D Alene, ID 83815

Gary Schneidmiller
1924 NW Boulevard
Coeur D Alene, ID 83814

George Kauffman
153 NW Highland Dr.
The Highlands
Shoreline, WA 98177


George Krug
1001 Kenmare Drive
Burr Ridge, IL 60527


Gerald Pedigo
P.O. Box 9076
Rancho Santa Fe, CA 92067


Gerald Ridgely
P.O. Box 803544
Dallas, TX 75380


Givens Pursley LLP
PO Box 2720
Boise, ID 83701


Glen Leach
Overland Sales and Leasing
7978 South Country Club Parkway
Aurora, CO 80016


Glen Walker
544 South Stewart Ct
Coeur D Alene, ID 83814


Gloster
c/o Cameron Phillips, PA
924 E. Sherman Avenue
Coeur D Alene, ID 83814


Gordon Finch
715 N. Lancashire Lane
Liberty Lake, WA 99019-8531


Grace Tree Service
1860 W. Hayden Ave
Hayden, ID 83835

Grant Silvernale
129 3rd Ave #P703
Kirkland, WA 98033


Greg Jeffreys
5312 N Vista Court
Spokane, WA 99212


Gregory Simpson
2402 S. Steen Rd.
Veradale, WA 99037


GT Metals / Gail Taylor
52910 Avenida Velasco
La Quinta, CA 92253


H & W Trucking
PO Box 1545
Mount Airy, NC 27030-1545


H. James Magnuson
P.O. Box 2288
Coeur D Alene, ID 83814


Harlan Friesen
19395 Cayuse Crater Ct.
Bend, OR 97702


Harold J. Bowen III
2550 Woddward Way
Atlanta, GA 30305


Harv Wyman
11 Asilomar Road
Laguna Niguel, CA 92677


Harvey Mills Design, Inc.
23741 Moonglow Court
Ramona, CA 92065


Idaho Independent Bank
1260 W. Riverstone Drive
Coeur D Alene, ID 83814

Idaho State Tax Commission
PO Box 36
Boise, ID 83722-0410


Information Resource Mgmt
PO Box 469
Spokane, WA 99210


Inland Fence
1295 E. Best Avenue
Coeur D Alene, ID 83814


Inland Northwest Consultants
609 N Calgary Court, Suite 7
Post Falls, ID 83854


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


J. Dana Woudenberg
9835 East Bell Rd
Suite 130
Scottsdale, AZ 85260


Jack Gustavel
5713 E Shoreline Drive
Post Falls, ID 83854


Jack Heath
P.O. Box 2127
Spokane, WA 99210-2127


Jacob's Upholstery Inc.
16023 East Sprague Avenue
Veradale, WA 99037

James Coles
905 Lake St. So.
#301N
Kirkland, WA 98033


James Conaty
680 N. Lake Shore Dr.
# 1502
Chicago, IL 60611


James Dixon
891 Barcarmil Way
Naples, FL 34110


James Duncan
726 B Street
Coeur D Alene, ID 83814


James Edwards
1791 S Stach Road
Coeur D Alene, ID 83814


James H. Stever
1907 Juneberry Court NE
Issaquah, WA 98029


James Kincaid
17611 Wood Road
Riverside, CA 92508


James Wilharm
P.O. Box 508
Spokane Valley, WA 99016


Jamie Young Company
331 W. Victoria Street
Gardena, CA 90248


Jason Plummer
c/o RGT
5950 Sherry Lane
Suite 700
Dallas, TX 75225

JCC, Ltd
10315 E. Holman Road
Spokane, WA 99206


Jed Billings
17378 S. Halite Loop
Coeur D Alene, ID 83814


Jeff Konopka & Leigh McGrath
25101 Anvil Circle
Laguna Hills, CA 92653


Jeff Waymire
1745 Continental View Drive
Louisville, CO 80027


Jefferson Allen
6 Grand Anacapri
Henderson, NV 89011


Jeffrey Thomas
Ambassadors Group Inc.
1956 Ambassador Way
Spokane, WA 99224


Jeffrey W. Koznick
18 Grand Miramar Drive
Henderson, NV 89011


Jerry Blakemore
36061 N 85th Place
Scottsdale, AZ 85266


Jerry Mensendick
33448 Alta Vista Drive
Evergreen, CO 80439


Jet Support Services, Inc.
Maintenance Trust NW 5328
PO Box 1450
Minneapolis, MN 55485


Jim Hammond Jr.
6806 Meadow Road
Dallas, TX 75230

JoAnn Stewart
4523 Westway
Dallas, TX 75205


Joe Donald
PMB 190
10120 W Flamingo Road
Suite 4
Las Vegas, NV 89147


John A. Pring
The Pring Corporation
15404 E. Springfield
Suite 200
Spokane Valley, WA 99037


John Akins Masonry, Inc.
c/o Timothy Cronin, Esq.
Third Floor, Jocky Club Building
N. 115 Washington
Spokane, WA 99201


John Beutler
Century 21 Beutler & Associate
1826 Northwest Boulevard
Coeur D Alene, ID 83814


John D. Gourley
7528 Glen Albens Circle
Dallas, TX 75225


John Deere Construction &
Forestry Company
6400 NW 86th Street
Johnston, IA 50131


John E. Van Trigt
10799 E. Las Posas Road
Santa Rosa Valley, CA 93012


John F Magnuson & Holly Houston
P.O. Box 2350
Coeur D Alene, ID 83816

John Gary Coakley
74009 Desert Garden Trail
Palm Desert, CA 92260


John Geddes
6469 Evernade Road
Hayden Lake, ID 83835


John Graham
5219 N Casa Blanca Drive
#40
Paradise Valley, AZ 85253


John Hammill
360 Tomahawk Drive
Maumee, OH 43537


John Keating
28369 W Coeur d'Alene Lake Shr
Coeur D Alene, ID 83814


John Layman
8620 E. Maringo Dr.
Spokane, WA 99212


John Pearce
2601 E. Spring Road
Phoenix, AZ 85032


John R. Butler
11 East Briar Hollow Lane
Houston, TX 77027


John Richards
1345 E. Lacey Ave
Hayden Lake, ID 83835


John Stewart
P.O. Box 746
Minot, ND 58702


John Stone
P.O. Box 2706
Spokane, WA 99220-2706

John V. Rindlaub
8441 SE 68th Street
#217
Mercer Island, WA 98040


John Whittaker
212 W. Ironwood Dr.
#D234
Coeur D Alene, ID 83814


Jon Friesen
P.O. Box 3525
Portland, OR 97208


Joseph Dempsey
521 N Oakwood Avenue
#3A
Lake Forest, IL 60045


Joseph Perrigo
41457 N 106th Street
Scottsdale, AZ 85262


Joseph Ulloa & Anne Fomon
6546 Muirlands Drive
La Jolla, CA 92037


K & T Trucking
21387 Loffs Bay Road
Coeur D Alene, ID 83814


K. Michael Ingram
426 N 44th Street
#100
Phoenix, AZ 85008


Kashwere LLC
19749 Bahama Street
Northridge, CA 91324


Keith Kulberg
7097 Aviara Drive
Carlsbad, CA 92011

Keith's Signs by Smith
112 W. Prairie Ave
Coeur D Alene, ID 83815


Kelly Nelson
P.O. Box 2967
Hayden, ID 83835


Kenneth McElroy
14760 E. Paradise Drive
Scottsdale, AZ 85268


Kenneth Oaks
17033 S Twisted Pine Rd
Coeur D Alene, ID 83814


Kenny Stark
10040 E Happy Valley Road
#621
Scottsdale, AZ 85255


Kevin Hoyle
5686 W. Onyx Circle
Coeur D Alene, ID 83814


Kevin Sokol
2953 S. Holguin Way
Chandler, AZ 85286


Kevin Westfall
8 South Gordon Road
Fort Lauderdale, FL 33301


Kindred Concierge, Inc.
2377 S. Kindred Trail
Coeur D Alene, ID 83814


Kootenai Electric Cooperative
PO Box 278
Hayden, ID 83835-0278


Krueger Sheet Metal Company
North 731 Superior
Spokane, WA 99202

Lakeview AG (Gunner Bjorg)
c/o Eugene F. Peppard
Transreco Trading Est.
IM Gafos 5, FL 9494 Schaan


Land O'Lakes Purina Feed, LLC
13639 Collections Center Drive
Chicago, IL 60693


Landmark Investments
1836 Northwest Boulevard
Coeur D Alene, ID 83814


Lawrence Tombari
8420 O'Hare Road
Las Vegas, NV 89143


Layman, Layman & Robinson
601 S. Division Street
Spokane, WA 99202


Leah Lewis
3436 E. Kachina Drive
Phoenix, AZ 85044


Learjet, Inc.
2007 Collection Center Drive
Chicago, IL 60693


Legacy Linens
c/o Coface Collections No. Am.
PO Box 8510
Metairie, LA 70011-8510


Levon and Zarouhi Gugasian
c/o Jacob Gonzales, Esq.
Waldron & Bragg, LLP
23 Corporate Plaza, Suite 200
Newport Beach, CA 92660-7901


Liberty Lake, LLC
c/o Robert Samuel
5141 N. 40th St., #500
Phoenix, AZ 85018

Lindsey Williams
5306 Onyx Circle
Coeur D Alene, ID 83814


Lori Sue Chesrown
2273 Country Club Loop
Denver, CO 80237


Louis Sabatasso
220 Newport Center Dr.
#11/362
Newport Beach, CA 92660


Lunceford Farms, Inc.
3355 N. Old Atlas Road
Coeur D Alene, ID 83814


M. Scott Sayer
1730 Meadowwoods Trail
Long Lake, MN 55356


Manning, Leaver, Brudder & Berberich
5750
5750 Wilshire Blvd, Suite 655
Los Angeles, CA 90036-3637


Marc Edwards
P.O. Box 7039
Rancho Santa Fe, CA 92067


Mark Blutcher
16845 S Spinel Court
Coeur D Alene, ID 83814


Mark Hallgren
5909 63rd Street
Lubbock, TX 79424


McKinley Fossum, PS
528 E. Spokane Falls Blvd, Suite 502
Spokane, WA 99202


MDC Aviation, LLC
PO Box 3070
Coeur D Alene, ID 83816

Melanie Peters
5619 Corso di Napoli
Long Beach, CA 90803


Mercedez Benz Financial
c/o Customer Service Center
PO Box 1800
Roanoke, TX 76262


Michael Backlund
6521 Fall River Drive
San Jose, CA 95120


Michael Bailey
5268 East Waverly Loop
Hayden, ID 83835


Michael Connell
4033 S Wild Rose Drive
West Linn, OR 97068


Michael Dalzell
2921 Sandy Pointe
#4
Del Mar, CA 92014


Michael Newell
212 W. Ironwood Drive
Suite D 164
Coeur D Alene, ID 83814


Michael O'Malley
3318 Kachina
Phoenix, AZ 85044


Michael Rothschild
30 Admiralty Cross
Coronado, CA 92118


Michael Senske
2115 East Huckleberry Lane
Spokane, WA 99224

Michael Welling
24610 Snake River Road
Asotin, WA 99402


Mike Hallgren
17064 Magma Lane
Coeur D Alene, ID 83814


Mike Terpstra
813 Country Club Circle
Ripon, CA 95366


Milton Walker
16708 Catena Drive
Chino Hills, CA 91709


Mitchell Pierce
12019 S. Honah Lee Court
Phoenix, AZ 85044


Mitchell Pierce
7530 N Shadow Mountain
Paradise Valley, AZ 85253


Monty Houdeshell
P.O. Box 6426
Laguna Niguel, CA 92607


Mrs. Ted Drysdale
4622 Mica Shore Rd
P.O. Box 3363
Coeur D Alene, ID 83816


MWI Veterinary Supply
14659 Collections Center Drive
Chicago, IL 60693


Nature's Gallery
17649 US Hwy 27, Suite 19
Clermont, FL 34715


Neil Braverman
4454 Wayside Drive
Naples, FL 34119

Newport Autosport
PO Box 3070
Coeur D Alene, ID 83816


NLP Furniture Industries
1425 Corporate Center Drive, Suite 200
San Diego, CA 92154


Nolan Pratt
RR 1 Site 13 Comp 44
Chase BC
Canada, V0E 1M0


North Engineering, PLLC
PO Box 2486
Hayden, ID 83835


North Idaho Blueprint
1923 N 4th Street, Suite 105
Coeur D Alene, ID 83814


Northwest Fence Co.
7488 N. Government Way
Coeur D Alene, ID 83815


Nourison Rug Corp
5 Sampson Street
Saddle Brook, NJ 07663


NW Boulevard Investments, LLC
Registered Agent: John Beutler
1836 Northwest Boulevard
Coeur D Alene, ID 83814


NW Boulevard Investments, LLC
1836 Northwest Boulevard
Coeur D Alene, ID 83814


Nystrom Olson Collins
912 W. Sprague
Spokane, WA 99201


Ocean City Place, LLC
2740 Monroe Avenue
Rochester, NY 14618

Octal Group, LLC
Mr. Alan Rothbart
8525 E Peppertree Lane
Scottsdale, AZ 85250


Orange County Transit Authority
c/o Linenbarger Goggan Blair & Sampson
1515 Cleveland Place, Suite 300
Denver, CO 80202


Panhandle Animal Laboratory, Inc.
PO box 3572
Hayden, ID 83835


Patricia Rose
6000 Homestead Lane
Paradise Valley, AZ 85253


Patrick Barker
11652 N. 135th Way
Scottsdale, AZ 85259


Paul Brown
1300 S Riverside Harbor Drive
Post Falls, ID 83854


Paul Leonard
10000 N Bluerock Lane
Hayden Lake, ID 83835


Pella Northwest, LLC
3808 N. Sullivan Road
Bldg N15 - Ste 109
Spokane, WA 99216


Pendleton Siegel
9686 Easy Street
Hayden Lake, ID 83835


Peter Dix
11501 S Freya Road
Spokane, WA 99223

Peter Johnstone
6868 Rockford Bay Rd
Coeur D Alene, ID 83814


Peter Morrisroe
P.O. Box 303
Hayden Lake, ID 83835


Peter Robinson
6 Billingsgate Drive
Simsbury, CT 06070


Peter Stanton
P.O. Box 2191
Spokane, WA 99210


Phillip Stanton
c/o Washington Trust Bank
Executive Admin.
P.O. Box 2127
Spokane, WA 99210


Platinum Performance
PO Box 990
67 Commerce Drive, Unit 100
Buellton, CA 93427


PNC Bank
National City Capital
One PBC Plaza
249 5th Avenue
Pittsburgh, PA 15222-2707


PNC Bank
c/o Joel Shapiro, Blank Rome, LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103


POE Asphalt Paving, Inc.
PO Box 449
Lewiston, ID 83501


Polin and Young Construction
PO Box 3701
Coeur D Alene, ID 83816

Pratt & Whitney Canada Corp
PO Box 730011
Dallas, TX 75373


R. Kim Shearburn
1014 Polo Downs Drive
Town and Country, MO 63017


R. Kyle Ford
4430 Bordeaux Avenue
Dallas, TX 75205


Ralph Wegis
Law Offices of Ralph Wegis
1930 Truxtun Avenue
Bakersfield, CA 93301


Randall & Danskin, PS
1500 Bank of America Financial Center
601 W. Riverside Avenue
Spokane, WA 99201


Randy Garcia
2220 Glenbrook Way
Las Vegas, NV 89117


Randy Heady
2500 N. Dallas Parkway
#220
Plano, TX 75093


Randy Johnson
18401 S University Point Lane
Coeur D Alene, ID 83814


Ray Kish
202 E. North Foothills Dr.
Spokane, WA 99207-2155


Real Retail
1725 Westlake Avenue N. #210
Seattle, WA 98101

Reed & Giesa, P.S.
220 North Wall Street, Suite 410
Spokane, WA 99201


Resort Aviation Services, Inc.
11101 Airport Drive
PO Box 1018
Hayden, ID 83835


Richard A. Gray Jr.
2828 Hood Street
#903
Dallas, TX 75219


Richard Beem
104 Bella Cima Drive
Austin, TX 78734


Richard Brooke
1875 N Lakewood Dr.
3rd Floor
Coeur D Alene, ID 83814


Richard Bylski
5766 W Onyx Circle
Coeur D Alene, ID 83814


Richard Hunter
P.O. Box 371448
Las Vegas, NV 89137


Richard Scott
12 Via Tiberius Way
Henderson, NV 89011


Richard Sladek
6278 W Onyx Circle
Coeur D Alene, ID 83814


Rick Brown
P.O. Box 855
Hayden Lake, ID 83835

Rick Horst
407 Eagle Ridge
Palm Desert, CA 92260


Rick Rummel
7002 E. Caballo Circle
Paradise Valley, AZ 85253


Rick Souza
c/o Idaho Independent Bank
Box J
Coeur D Alene, ID 83814


Rick Stanley
P.O. Box 486
Fossil, OR 97830


Rishon Ludders
212 W. Ironwood Dr., Suite D
PMB 227
Coeur D Alene, ID 83814


River City Glass, Inc.
6615 East Main
Spokane, WA 99212


Riverhouse Development, Inc.
PO Box 3070
Coeur D Alene, ID 83816


Robert Allen Group
225 Foxbora Blvd
Foxboro, MA 02035


Robert C. Samuel
c/o Samuel and Company
5141 N 40th Street
Suite 500
Phoenix, AZ 85018


Robert C. Samuel
1836 Northwest Boulevard
Coeur D Alene, ID 83814

Robert Cayne
Global Entertainment Group Inc.
6160 West Sahara
Las Vegas, NV 89146


Robert Clements
5547 Onyx Circle
Coeur D Alene, ID 83814


Robert Inman
4548 McEwen Rd
Dallas, TX 75244


Robert Klaus
Robert Klaus Companies
8400 N Allen Road
Peoria, IL 61615


Robert Lawhead
5493 W Onyx Circle
Coeur D Alene, ID 83814


Robert Lewis
N. 510 Mullan Road
Spokane, WA 99206


Robert Neilson
P.O. Box 190
Liberty Lake, WA 99019


Rockford Bay Heights HOA
c/o Laurie Reynolds
16271 S. Rockford Heights Road
Coeur D Alene, ID 83814


Rockford Bay Investments, LLC
PO Box 3070
Coeur D Alene, ID 83816


Rod Plese
Plese Realty LLC
201 W Francis Ave
Spokane, WA 99205

Rodney Woods
3510 Turtle Creek Blvd.
#17C
Dallas, TX 75219


Roger Anderson
3405 E Overland
Suite 150
Meridian, ID 83642


Roger J. Weiss
73833 Desert Garden Trail
Palm Desert, CA 92260


Roger Nelson
P.O. Box 640
Coeur D Alene, ID 83816


Roger Rummel
24986 N 107th Place
Scottsdale, AZ 85255


Roland E. Casati
255 N Greenbay Road
Lake Forest, IL 60045


Roland E. Casati, Individually and as
Trustee of the Roland E. Casati
Revocable Trust, dated 11/2/2005
255 North Greenbay Road
Chicago, IL 60602-2417


Ron Nolte
54-901 Inverness Way
La Quinta, CA 92253


Ron Pratte
4400 West Earhart Way
Chandler, AZ 85226


Ron Rivera
47 Olympia Hills Circle
Las Vegas, NV 89141

Ronald Anderson, CPA
9408 S. Cedar Rim Lane
Spokane, WA 99224


Ronald Hilgart
1539 E Eugie Avenue
Phoenix, AZ 85022


Ross Kimball Trucking, Inc.
6515 W. Timberline Street
Rathdrum, ID 83858


Roy Moore
7117 SE Topper Dr
Vancouver, WA 98664


Roy Newton
2760 W Everwell Bay Lane
Coeur D Alene, ID 83814


Russell Wicks
6415 N. Thimble View Place
Tucson, AZ 85750


Samuel and Co. (of all forms)
c/o Robert Samuel
5141 N. 40th St., #500
Phoenix, AZ 85018


Scott Hicks
16988 S Basalt
Coeur D Alene, ID 83814


Scott Taylor
9790 Easy Street
Hayden Lake, ID 83835


Sean Rivera
305 Quiet Harbor Street
Henderson, NV 89052


SEC Headquarters
100 F Street, NE
Washington, DC 20549

Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131

Shaw McCutcheon
2100 Northwest 30th Road
Boca Raton, FL 33431

Shawn Olson
9817 E. Parkside Lane
Scottsdale, AZ 85255

SI Construction, LLC
PO Box 188
Hayden, ID 83835

Simmons Farms
1031 Utt Lane
Princeton, ID 83857

Simmons Mattress Co
PO Box 945655
Atlanta, GA 30394

Slavik Group, LLC
1135 Highland Ranch Road
Cloverdale, CA 95425

Sound & Image Interiors
204 South Koren, Suite 600
Spokane, WA 99212

Speccom, Inc.
PO Box 1150
Rathdrum, ID 83858

Specialty Home Products, Inc.
2222 E. Mallon
Spokane, WA 99202

SPF Water Engineering
300 E. Mallard Drive, #350
Boise, ID 83706

Stephen Baker
1923 Westminster Lane
Spokane, WA 99223


Stephen Dunlap
6205 N Villa Ave
Oklahoma City, OK 73112


Steve Brown
936 West Citrus Way
Chandler, AZ 85248


Steve Carlsen
4871 Cuprum Court
Coeur D Alene, ID 83815


Steve Konell - Estate
2-K LLC
36000 SE Industrial Way
Sandy, OR 97055


Steven Helmbrecht
P.O. Box 8236
Spokane, WA 99203


Strata Engineering
8653 W. Hackamore Drive
Boise, ID 83709


Sundance Investments
3405 E. Overland Road
Suite 105
Meridian, ID 83642


SVL Analytical, Inc.
PO Box 929
Kellogg, ID 83837


T.C. Swartz
1521 2nd Ave
# 903
Seattle, WA 98101

Taylor Engineering, Inc.
W 106 Mission Avenue
Spokane, WA 99201

Terry Bloskey
17468 Flint Court
Coeur D Alene, ID 83814

The Club at Black Rock, LLC
PO Box 3070
Coeur D Alene, ID 83816

The Foxi
566 Inca Street
Denver, CO 80204

The Frame of Mind Gallery
119 N. 2nd
Coeur D Alene, ID 83814

The Furniture Doctors, Inc.
2750 W. Prairie Avenue
Coeur D Alene, ID 83814

The Turf Corporation
6100 S. Eagle Road
Meridian, ID 83642

Thomas A. Branch
1739 Cresent Knolls Glen
Escondido, CA 92029

Thomas G. Anderl
2875 E Spyglass Court
Coeur D Alene, ID 83815

Thomas Lund
9175 N Forest Shores Road
Coeur D Alene, ID 83814

Thomas Mahoney
58114 Aracena
La Quinta, CA 92253

Thorco, Inc.
PO Box 2167
Coeur D Alene, ID 83816


Timothy Taylor
4332 W Walton Way
Chandler, AZ 85226


Todd Maul
1622 W. 152nd Avenue
Broomfield, CO 80020


Tom Bottiaux
2323 Milano Terrace
Chino Hills, CA 91709


Trindera Engineering, Inc.
1875 N. Lakewood Drive, Suite 201
Coeur D Alene, ID 83816


Tumble Stone
PO Box 603
Hayden, ID 83835


United Pump and Drilling
3125 W. Hayden Avenue
Hayden, ID 83835


United Pump Company
3125 W. Hayden Ave
Hayden, ID 83835


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


Universal Cushion Co
3338 Malt Avenue
Los Angeles, CA 90040


US Attorney Southern District of Florida
500 East Broward Boulevard
Fort Lauderdale, FL 33394

```
US Bank
1603 N 4th Street
Coeur D Alene, ID 83814


Viertri
PO Box 460
Hillsborough, NC 27278


Votivo
c/o Atwell Curtis Brook
PO Box 363
Carle Place, NY 11514


W. Brant Morris & Nancy Nick
9889 W Gallop Lane
Post Falls, ID 83854


W.T. Richards
1408 E Honeysuckle
Hayden Lake, ID 83835


Wadsworth Golf Construction Co
600 N 195th Ave
Buckeye, AZ 85326


Washington Trust Bank
PO Box 2127
Spokane, WA 99210


Washington Trust Bank
PO Box 2127
Spokane, WA 99210-2127


Washington Window & Door
17832 NE 65th Street
Redmond, WA 98052


Wayne Gianotti
9880 E. Couer d'Alene Lake Dr.
Coeur D Alene, ID 83814


Wayne Rawlings
7457 S. Rita Lane
Tempe, AZ 85283
```

Wells Fargo Bank, N.A.
MAC A0770-020
1504 Eureka Road, Suite 250
Roseville, CA 95661


Wells Fargo Insurance Services
601 W. Mail, Suite 1400
Spokane, WA 99201


Westchester Fire Insurance Company
John J. Mangan
ACE USA
436 Walnut Street
Philadelphia, PA 19106


Westchester Fire Insurance Company
c/o Marilyn Klinger
Sedgwick Detert Moran & Arnold LLP
801 S. Figueroa Street, 19th Floor
Los Angeles, CA 90017


Western States Ranches
1208 Hwy 377
Dublin, TX 76446


Westfall, Kevin
8 South Gordon Road
Fort Lauderdale, FL 33301


William Fanning
Century 21 Beutler Waterfront
41 West Riverside
Suite 110
Spokane, WA 99201


William M. Bauce
P.O. Box 9240
Rancho Santa Fe, CA 92067


William Morrow
79390 Tom Fazio Lane South
La Quinta, CA 92253


William Murphy
9325 E Horizon Drive
Scottsdale, AZ 85262

William Nordstrom
1414 West Ballard Road
Spokane, WA 99208-8204

William Phillips
7005 Lismore Court
Colleyville, TX 76034

William Radobenko
7500 Mulholland Drive
Coeur D Alene, ID 83815

Wolkey McKinley, PS
528 E. Spokane Falls Blvd, Suite 502
Spokane, WA 99202