| Case No.: | 13-21344-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | CHESROWN, MARSHALL | Date Filed (f) or Converted (c): | 05/15/2013 (f) |
| For the Period Ending: | 03/31/2014 | §341(a) Meeting Date: | 06/14/2013 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Real Property and Improvements located at 201 S. Legend Tree Drive, Liberty Lake, WA 99019 (known as the Liberty Lake Residence). Tax Parcel No. 55222.1105 Lot 5 Block 11 Legacy Ridge PUD | $500,000.00 | Unknown | | $0.00 | Unknown |
| 2  Cash | $450.00 | Unknown | | $0.00 | Unknown |
| 3  Bank of Texas, Checking Account No. ending 2963 PO Box 29775, Dallas, Texas 75229 | $421.93 | Unknown | | $0.00 | Unknown |
| 4  Capital One Bank, Checking Account No. ending 8895 3939 W. John Carpenter Frwy., Irving, Texas 75063 | $158.85 | Unknown | | $0.00 | Unknown |
| 5  Living Room Furnishings Couch - $300 2 Chairs - $200 1 TV - $200 1 Mirror - $50 | $750.00 | Unknown | | $0.00 | Unknown |
| 6  Dining Room Furnishings Table - $200 4 Chairs - $200 | $400.00 | Unknown | | $0.00 | Unknown |
| 7  Kitchen Furnishings 1 set of Dishes -- $50 1 set of Cookware -- $50 | $100.00 | Unknown | | $0.00 | Unknown |
| 8  Bedroom Furnishings: Master, Children, Guest 2 Beds - $600 Dresser - $100 Chests - $100 Desk - $100 4 Lamps - $50 TV - $100 | $1,050.00 | Unknown | | $0.00 | Unknown |
| 9  Other furnishings: 2 Computers - $400 1 Printer - $25 1 Television - $200 Vacuum Cleaner - $25 2 Irons - $5 iPad - $100 iPhone - $50 Other miscellaneous household goods and furnishings | $805.00 | Unknown | | $0.00 | Unknown |
| 10  Books and Pictures | $25.00 | $0.00 | | $0.00 | FA |
| 11  Clothing and footwear of no value to anyone other than Debtor, includes 6 suits, 8 sport coats, 20 pants, 35 shirts, 15 pairs of shoes, 10 coats/jackets | $0.00 | $0.00 | | $0.00 | FA |

| Case No.: | 13-21344-PGH | | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|---|
| Case Name: | CHESROWN, MARSHALL | | Date Filed (f) or Converted (c): | 05/15/2013 (f) |
| For the Period Ending: | 03/31/2014 | | §341(a) Meeting Date: | 06/14/2013 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12  Corum Watch, on person | $500.00 | Unknown | | $0.00 | Unknown |
| 13  Camera - $25 Raquetball Equipment - $20 | $45.00 | $0.00 | | $0.00 | FA |
| 14  VanTuyl Group 401k Plan Value of $9,466.97 (as of 11/23/12) | $9,466.97 | Unknown | | $0.00 | Unknown |
| 15  100 shares in Black Rock Development, Inc. The Debtor estimates the value of same to be approximately -$10,302,688.00 | $0.00 | $0.00 | | $0.00 | FA |
| 16  4,000 shares in Black Rock Landscape, Inc. Value of $23,000 subject to security interests in favor of Mitchell Pierce in the amount of $1,561,628. | $0.00 | Unknown | | $0.00 | Unknown |
| 17  800 shares in Boardwalk Homes Development, Inc. The Debtor estimates the value of same to be approximately -$980,000. | $0.00 | Unknown | | $0.00 | Unknown |
| 18  500 shares in Legacy Ridge Development, Inc. The Debtor estimates the value of same to be approximately -$42,981.00. | $0.00 | Unknown | | $0.00 | Unknown |
| 19  800 shares in River House Development, Inc. The Debtor estimates the value of same to be approximately -$5,798,405 | $0.00 | Unknown | | $0.00 | Unknown |
| 20  Bear Stearns Private Equity Opportunity Fund II, LP - 9/30/12 Value of $90,854 subject to security interests in favor of Kevin Westfall in the amount of $865,000. | $0.00 | Unknown | | $0.00 | Unknown |
| 21  1% interest in Black Rock Properties, LLC | $0.00 | Unknown | | $0.00 | Unknown |
| 22  80% interest in Bellerive Investments, LLC Estimated value of land of $5,000,000 subject to security interests in favor of Wells Fargo in excess of $9,000,000. | $0.00 | Unknown | | $0.00 | Unknown |

| Case No.: | 13-21344-PGH | | | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|---|---|
| Case Name: | CHESROWN, MARSHALL | | | Date Filed (f) or Converted (c): | 05/15/2013 (f) |
| For the Period Ending: | 03/31/2014 | | | §341(a) Meeting Date: | 06/14/2013 |
| | | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23 | 100% interest in CAG Investments, LLC Value of property estimated at $2,640,000 subject to security interests in favor of Washington Trust Bank in the amount of $5,600,000, a judgment to Idaho Independent Bank in the amount of $9,767,000 and debts to Lori Chesrown in the amount of $1,000,000. | $0.00 | Unknown | | $0.00 | Unknown |
| 24 | 50% interest in Cougar Bay Ridge Water, LLC Value of $105,955 subject to security interests in favor of Kevin Westfall in the amount of $865,000. | $0.00 | Unknown | | $0.00 | Unknown |
| 25 | 40% interest in Knox Road Land, LLC. The Debtor estimates the value of same to be approximately -$150,647.00. | $0.00 | Unknown | | $0.00 | Unknown |
| 26 | 33% interest in NW Boulevard Investments, LLC Value of $524,196 subject to security interests in favor of Washington Trust Bank in the amount of $5,600,000.00. | $0.00 | Unknown | | $0.00 | Unknown |
| 27 | 80% interest in RE Investments, LLC Value of $308,000 subject to security interests in favor of Washington Trust Bank in the amount of | $0.00 | Unknown | | $0.00 | Unknown |
| 28 | 100% interest in Rockford Bay Investments, LLC. The Debtor estimates the value of same to be approximately -$5,873,633.00. | $0.00 | Unknown | | $0.00 | Unknown |
| 29 | Pacific Life Policy No. VF51657190 PO Box 100418 Pasadena, California 991189-0418 -- In Marshall R. Chesrown Irrevocable Trust dated September 18, 2008. The trustee is John R. Layman, 601 S. Division, Spokane, Washington 99202 | $0.00 | Unknown | | $0.00 | Unknown |

| Case No.: | 13-21344-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | CHESROWN, MARSHALL | Date Filed (f) or Converted (c): | 05/15/2013 (f) |
| For the Period Ending: | 03/31/2014 | §341(a) Meeting Date: | 06/14/2013 |
| | | Claims Bar Date: | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 30 | State Farm $100,000 Whole Life Policy - Debtor believes there is approximately $35,000 of dividends that would be paid out if cashed out or added into the death benefit. The cash surrender value is approximately $35,000. - In Irrevocable Life Trust above PO Box 53983 Phoenix, Arizona 85072 LF05858867 | $0.00 | Unknown | | $0.00 | Unknown |
| 31 | Liberty Lake, LLC - Spokane case no. #10-2-02456-0 is Liberty Lake, LLC v. Black Rock Development, Inc. and Marshall Chesrown (with counterclaim) Black Rock Development and Marshall Chesrown v. Robert Samuel (for informational purposes only) | $0.00 | Unknown | | $0.00 | Unknown |
| 32 | CAG Investments, LLC v. Samuel & Company and Liberty Lake, LLC - Spokane #12-2-00958-3 (for notice purposes only as Debtor is not a named party) | $0.00 | Unknown | | $0.00 | Unknown |
| 33 | North Gorge Consulting Agreement | $0.00 | Unknown | | $0.00 | Unknown |
| 34 | Black Rock Ranch, LLC v. Whisper Rock Ranch (dba Rome Hill Ranch) Kootenai County #CV-11-6830 (for notice purposes only as Debtor is not a named party) | $0.00 | Unknown | | $0.00 | Unknown |
| 35 | Domestic Pets - three dogs of no value to anyone other than Debtor | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Asset**

| | $514,172.75 | $0.00 | | $0.00 | $0.00 |

**Major Activities affecting case closing:**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 13-21344-PGH | Trustee Name: | Nicole Testa Mehdipour |
|---|---|---|---|
| Case Name: | CHESROWN, MARSHALL | Date Filed (f) or Converted (c): | 05/15/2013 (f) |
| For the Period Ending: | 03/31/2014 | §341(a) Meeting Date: | 06/14/2013 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

03/31/2014   Trustee hired a financial advisor, and initial counsel to assist with investigation and pursuit of debtor's assets in FL and WA, including but not limited to multiple business interests valued at $0.  Large volume of production requested, received and reviewed though there are still remaining outstanding discovery issues to resolve. 2004 exam taken.  Prior counsel filed objection to debtor's scheduled valuations and claimed exemptions pending evidentiary hearing and/or potential resolution. Trustee recently substituted new counsel to continue pursuit and investigation of estate's interests in debtor's business entities and assets.  New counsel has been in contact with a potential asset purchaser.  Counsel continuing investigation into estate's potential litigation claims.

Initial Projected Date Of Final Report (TFR):   12/31/2015       Current Projected Date Of Final Report (TFR):        /s/ NICOLE TESTA MEHDIPOUR

NICOLE TESTA MEHDIPOUR