UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

MARSHALL CHESROWN                                         Case No. 13-21344-PGH

       Debtor.                                                                   Chapter 7
_____/

### NOTICE OF CHANGE OF ADDRESS

Debtor in Possession, Marshall Chesrown (the "Debtor"), by and through his undersigned counsel, hereby requests that the Court update its records to reflect the corrected address of the party below:

**Previous Address:**   12 SE 1st Ave., #201
                                      Delray Beach, FL 33444

**Correct Address:**    7303 Tidal Trace
                                      Arlington, TX 76016

### ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on this the 10th day of November, 2014.

       **SHRAIBERG, FERRARA & LANDAU, P.A.**
       Attorney for the Debtor
       2385 NW Executive Center Drive, #300
       Boca Raton, Florida 33431
       Telephone: 561-443-0800
       Facsimile: 561-998-0047

By:   /s/ Bradley S. Shraiberg
       Bradley S. Shraiberg, Esq.
       Florida Bar No. 121622
       bshraiberg@sfl-pa.com

{1650/000/00274138}